C. PAUL CHALMERS
Acting General Counsel
KARTAR KHALSA
Deputy General Counsel
ERIKA BARNES
Assistant General Counsel
KIMBERLY E. NEUREITER
Attorney
PENSION BENEFIT GUARANTY CORPORATION
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Tel: (202) 229-3581 Fax: (202) 326-4112
Emails: neureiter.kimberly@pbgc.gov *and* efile@pbgc.gov

*Counsels for the Pension Benefit Guaranty Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| THE McCLATCHY COMPANY, et al. | Case No. 20-10418 (MEW) |
| Debtors.[1] | (Joint Administration Pending) |

**MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*,**
**BY CREDITOR PENSION BENEFIT GUARANTY CORPORATION FOR**
**UNITED STATES GOVERNMENT ATTORNEY KIMBERLY E. NEUREITER**

I, Kimberly E. Neureiter, a member in good standing of the bar of the District of Columbia, respectfully request admission, *pro hac vice*, before the Honorable Michael E. Wiles, to represent the Pension Benefit Guaranty Corporation ("PBGC"), a creditor in these cases. The grounds for this motion ("Motion") are as follows:

The PBGC is a United States Government agency that administers and enforces the

---

[1] The last four digits of Debtor The McClatchy Company's tax identification number are 0478. Due to the large number of debtor entities in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://www.kccllc.net/McClatchy. The location of the Debtors' service address for purposes of these chapter 11 cases is: 2100 Q Street, Sacramento, California 95816.

pension plan termination program established under Title IV of the Employee Retirement Income Security Act of 1974, *as amended*, 29 U.S.C. §§ 1301-1461(2012 & Supp. V 2017) ("ERISA"). Under the Local Rules of the Bankruptcy Court for the Southern District of New York, an attorney in good standing of the bar of any state or of any United States District Court may be permitted to practice in this Court upon motion to the Court, in compliance with Local Rule 2090-1(b).

My mailing address is: Pension Benefit Guaranty Corporation, Office of the General Counsel, 1200 K Street, N.W., Washington, D.C. 20005.

My e-mail address is: neureiter.kimberly@pbgc.gov. My telephone number is (202) 229-3581.

The Pension Benefit Guaranty Corporation is a U.S. Government agency and is therefore exempt from filing fees.

Dated:  February 13, 2020         Respectfully submitted,
        Washington, D.C.

                                  /s/ Kimberly E. Neureiter
                                  Kimberly E. Neureiter
                                  Pension Benefit Guaranty Corporation
                                  Office of the General Counsel
                                  1200 K Street, N.W.
                                  Washington, D.C. 20005
                                  Telephone: (202) 229-3581
                                  Fax:  (202) 326-4112
                                  Emails:  neureiter.kimberly@pgbc.gov *and*
                                          efile@pbgc.gov