**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, MA 02110
Telephone: (617) 248-4086
Facsimile: (617) 502-4086
Kevin J. Simard

*Attorney for Encina Business Credit, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
In re                                                             :
                                                                  :     Chapter 11
THE McCLATCHY COMPANY, et al.,                                    :
                                                                  :     Case No. 20-10418 (MEW)
                                                                  :
           Debtors.¹                                              :     (Joint Administration Pending)
-----------------------------------------------------------------x
```

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Kevin J. Simard, hereby request admission, ***pro hac vice***, before the Honorable Michael E. Wiles, to represent Encina Business Credit, LLC a creditor in the above-captioned chapter 11 cases.

***I certify that I am a member in good standing*** of the bars of the Commonwealth of Massachusetts, the State of New York, and the United States District Court for the District of Massachusetts.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: February 13, 2020

                */s/ Kevin J. Simard*
                Kevin J. Simard, Esq. (New York Bar No. 4487732)
                Choate, Hall & Stewart LLP
                Two International Place
                Boston, MA 02110
                Telephone: (617) 248-4086
                Facsimile: (617) 502-4086
                ksimard@choate.com

---

¹ The last four digits of Debtor The McClatchy Company's tax identification number are 0478. Due to the large number of debtor entities in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://www.kccllc.net/McClatchy. The location of the Debtors' service address for purposes of these chapter 11 cases is: 2100 Q Street, Sacramento, California 95816.

9611970

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                   :
                                                        :       **Chapter 11**
**THE McCLATCHY COMPANY, et al.,**                      :
                                                        :       **Case No. 20-10418 (MEW)**
                                                        :
         Debtors.[1]                                    :       **(Joint Administration Pending)**
------------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Kevin J. Simard to be admitted, ***pro hac vice***, to represent Encina Business Credit, LLC (the "Client"), a creditor in the above-captioned chapter 11 cases, and upon the movant's certification that the movant is a member in good standing of the bars of the Commonwealth of Massachusetts, the State of New York, and the United States District Court for the District of Massachusetts, it is hereby:

**ORDERED**, that Kevin J. Simard, is admitted to practice, ***pro hac vice***, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York          /s/ _____
                                 UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of Debtor The McClatchy Company's tax identification number are 0478. Due to the large number of debtor entities in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://www.kccllc.net/McClatchy. The location of the Debtors' service address for purposes of these chapter 11 cases is: 2100 Q Street, Sacramento, California 95816.

9611970