UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                                               Chapter 11

The McClatchy Company, *et al.*,                                  Case No. 20-10418 (MEW)

                                                  Debtors.[1]       (Jointly Administered)
---------------------------------------------------------------x

**NOTICE OF APPOINTMENT OF OFFICIAL
<u>COMMITTEE OF UNSECURED CREDITORS</u>**

      William K. Harrington, the United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of The McClatchy Company and its affiliated debtors-in-possession:

1.  Dow Jones & Company, Inc.
    1211 Avenue of the Americas
    New York, New York 10036
    Attention: Joseph B. Vincent, Senior Vice President

2.  Lorianne E. Sawin
    c/o Michael J. Sachs, Esq.
    Callahan & Blaine, APLC
    3 Hutton Centre Drive, 9th Floor
    Santa Ana, CA 92707

3.  P. Anthony Ridder
    c/o Israel Goldowitz, Esq.
    The Wagner Law Group
    800 Connecticut Avenue, N.W., Suite 810
    Washington, D.C. 20006

---

[1] The last four digits of Debtor The McClatchy Company's tax identification number are 0478. Due to the large number of debtor entities in these jointly administered chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.kccllc.net/McClatchy. The location of the Debtors' service address for purposes of these chapter 11 cases is: 2100 Q Street, Sacramento, California 95816.

4.     Pension Benefit Guaranty Corporation
   1200 K Street, N.W.
   Washington, D.C. 20005
   Attention: Jack Butler

5.     The News Guild-CWA
   Communications Worker of America
   District One Office
   821 Elk Street, Suite B
   Buffalo, New York 14210
   Attention: Marian Needham, Executive Vice-President

6.     Wilmington Savings Fund Society, FSB
   500 Delaware Avenue
   Wilmington, Delaware 19801
   Attention: Patrick J. Healy, Senior Vice President

7.     Wipro Limited
   c/o James S. Carr, Esq.
   Kelley Drye & Warren LLP
   101 Park Avenue
   New York, New York 10178

Dated: New York, New York
        February 26, 2020

                                         WILLIAM K. HARRINGTON
                                         UNITED STATES TRUSTEE

                        By:    */s/ Benjamin J. Higgins*
                                Benjamin J. Higgins, Trial Attorney
                                Office of the United States Trustee
                                201 Varick Street, Room 1006
                                New York, NY 10014
                                Tel. (212) 510-0500