**Adjourned Hearing Date and Time:  March 25, 2020 at 11:00 a.m. (Prevailing Eastern Time)**

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | TOGUT, SEGAL & SEGAL LLP |
| Shana A. Elberg | Albert Togut |
| Bram A. Strochlic | Kyle J. Ortiz |
| Four Times Square | Amy Oden |
| New York, New York 10036-6522 | One Penn Plaza, Suite 3335 |
| Telephone: (212) 735-3000 | New York, New York 10119 |
| Fax: (212) 735-2000 | Telephone: (212) 594-5000 |
| | Fax: (212) 967-4258 |

– and –

Van C. Durrer, II
Destiny N. Almogue (admitted *pro hac vice*)
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Fax: (213) 687-5600

– and –

Jennifer Madden (admitted *pro hac vice*)
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Fax: (650) 470-4570

*Proposed Counsel for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------- x | | |
| *In re* | : | **Chapter 11** |
| | : | |
| **THE McCLATCHY COMPANY,** *et al.*, | : | **Case No. 20-10418 (MEW)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |
| | : | |
| | : | **Related Docket Nos. 11, 14, 19, 95, 99,** |
| ------------------------------------------------------- x | | **100 & 101** |

**NOTICE OF ADJOURNMENT OF HEARING**

---

[1]   The last four digits of Debtor The McClatchy Company's tax identification number are 0478.  Due to the large number of debtor entities in these jointly administered chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://www.kccllc.net/McClatchy.  The location of the Debtors' service address for purposes of these chapter 11 cases is: 2100 Q Street, Sacramento, California 95816.

**PLEASE TAKE NOTICE** that a hearing on the following motions and applications (collectively, the "**Adjourned Matters**") previously scheduled to be heard on March 9, 2020 at 11:00 a.m. (Prevailing Eastern Time) has been adjourned to **March 25, 2020 at 11:00 a.m. (Prevailing Eastern Time)**.

The hearing will be held before the Honorable Michael E. Wiles, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 617, New York, New York 10004 (the "**Bankruptcy Court**"):

1. Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 11] (the "**DIP Motion**");

2. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms, and Payment of Related Prepetition Obligations, (II) Modifying Certain Deposit Requirements, and (III) Authorizing Continuance of Intercompany Transactions and Honoring Certain Related Prepetition Obligations [Docket No. 14];

3. Debtors' Motion for Entry of Interim and Final Orders Establishing Notice and Hearing Procedures for Trading In, or Claims of Worthlessness With Respect to, Equity Securities in the Debtors [Docket No. 19];

4. Debtors' Application for an Order Authorizing Employment and Retention of Kurtzman Carson Consultants LLC as Administrative Advisor to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 95];

5. Debtors' Application for an Order Authorizing Employment and Retention of Groom Law Group, Chartered as Special Employee Benefits Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 99];

6. Debtors' Application for Order (I) Authorizing the Employment and Retention of Evercore Group L.L.C. as Investment Banker and Financial Advisor to the Debtors Effective *Nunc Pro Tunc* to the Petition Date, (II) Approving the Terms of the Evercore Agreement, (III) Waiving Certain Time Keeping Requirements, and (IV) Granting Related Relief [Docket No. 100]; and

> 7. Debtors' Application for Order Pursuant to Bankruptcy Code Sections 327(a) and 328 Authorizing the Employment and Retention of Togut, Segal & Segal LLP as Co-Counsel to the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date [Docket No. 101].

**PLEASE TAKE FURTHER NOTICE** that the objection deadline has been extended to **4:00 p.m. (Prevailing Eastern Time) on March 18, 2020** (the "**Objection Deadline**") for the DIP Motion for all parties, and for the remaining Adjourned Matters, for the Committee of Unsecured Creditors and the United States Trustee's Office only. The original objection deadline, **March 2, 2020 at 4:00 p.m. (Prevailing Eastern Time)**, shall remain the same for all other parties on the Adjourned Matters other than the DIP Motion.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "**Objections**") must be in writing, shall confirm to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, and shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with General Order M-399 and the *Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c), 2002(m), and 9007 Implementing Certain Notice and Case Management Procedures* [Docket No. 106].

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served, the Debtors may, on or after the Objection Deadline, submit to the Bankruptcy Court orders substantially in the form of the proposed orders annexed to each motion and application, which orders may be entered with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that copies of the motions and applications can be obtained through the Bankruptcy Court's electronic case filing system at www.nysb.uscourts.gov using a PACER password (to obtain a PACER password, go to the PACER website, www.pacer.gov) or the website maintained by the Debtors' noticing agent, Kurtzman Carson Consultants LLC, at http://www.kccllc.net/McClatchy.

*[Remainder of Page Intentionally Left Blank]*

Dated: New York, New York
March 2, 2020

            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

            */s/ Van C. Durrer, II*
            Shana A. Elberg
            Bram A. Strochlic
            Four Times Square
            New York, New York 10036-6522
            Telephone: (212) 735-3000
            Fax: (212) 735-2000

            – and –

            Van C. Durrer, II
            Destiny N. Almogue (admitted *pro hac vice*)
            300 S. Grand Avenue, Suite 3400
            Los Angeles, CA 90071-3144
            Telephone: (213) 687-5000
            Fax: (213) 687-5600

            – and –

            Jennifer Madden (admitted *pro hac vice*)
            525 University Avenue
            Palo Alto, California 94301
            Telephone: (650) 470-4500
            Fax: (650) 470-4570

            *Proposed Counsel to Debtors and Debtors in Possession*