| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Shana A. Elberg<br>Bram A. Strochlic<br>One Manhattan West<br>New York, New York 10001<br>Telephone: (212) 735-3000<br>Fax: (212) 735-2000 | TOGUT, SEGAL & SEGAL LLP<br>Albert Togut<br>Kyle J. Ortiz<br>Amy Oden<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>Telephone: (212) 594-5000<br>Fax: (212) 967-4258 |

– and –

Van C. Durrer, II
Destiny N. Almogue (admitted *pro hac vice*)
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Fax: (213) 687-5600

– and –

Jennifer Madden (admitted *pro hac vice*)
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Fax: (650) 470-4570

*Proposed Counsel for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
*In re*                                                   :    **Chapter 11**
                                                          :
**THE McCLATCHY COMPANY,** *et al.*,                      :    **Case No. 20-10418 (MEW)**
                                                          :
    Debtors.[1]                                           :    **(Jointly Administered)**
                                                          :
------------------------------------------------------------ x

**NOTICE OF AMENDED[2] AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON MARCH 9, 2020**
**AT 11:00 A.M. (EASTERN TIME)**

---

[1] The last four digits of Debtor The McClatchy Company's tax identification number are 0478. Due to the large number of debtor entities in these jointly administered chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://www.kccllc.net/McClatchy. The location of the Debtors' service address for purposes of these chapter 11 cases is: 2100 Q Street, Sacramento, California 95816.

[2] *For ease of reference, amended items appear in bold italics*.

| | |
|---|---|
| Location of Hearing: | Honorable Michael E. Wiles, Courtroom 617, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004 |
| Copies of Motions and Applications | Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at United States Bankruptcy Court, Southern District of New York, or (iii) from the Debtors' proposed notice and claims agent, Kurtzman Carson Consultants LLC, at http://www.kccllc.net/McClatchy; or by contacting Kurtzman Carson Consultants LLC directly at 866-810-6898 (toll free for callers within the United States) and 424-236-7215 (for international callers). |

## I. UNCONTESTED MATTERS

1. Debtors' Motion for Entry of Interim and Final Orders Authorizing Debtors to Pay Prepetition Wages, Compensation, and Employee Benefits [Docket No. 15]

   | | |
   |---|---|
   | Objection Deadline: | March 2, 2020 at 4:00 p.m. |
   | Related Documents: | Interim Order Authorizing Debtors to Pay Certain Prepetition Wages, Compensation, and Employee Benefits [Docket No. 65] |
   | | Notice of Filing of Revised Proposed Order Authorizing Debtors to Pay Prepetition Wages, Compensation, and Employee Benefits [Docket No. 145] |
   | Responses Filed: | Response of P. Anthony Ridder, George Riggs, and the Former Knight Ridder and McClatchy Salaried Employees Association to the Debtors' Motion for Entry of Interim and Final Orders Authorizing Debtors to Pay Prepetition Wages, Compensation, and Employee Benefits [Docket No. 134] |
   | Reply: | Debtors' Reply to Response of P. Anthony Ridder, George Riggs, and the Former Knight Ridder and McClatchy Salaried Employees Association to the Debtors' Motion for Entry of Interim and Final Orders Authorizing Debtors to |

|   |   |   |
|---|---|---|
|   |   | Pay Prepetition Wages, Compensation, and Employee Benefits [Docket No. 144] |
|   | **Status:** | **The hearing on this matter is going forward.** |

2. Debtors' Motion for Entry of Interim and Final Orders Authorizing Debtors to Pay Certain Prepetition Taxes and Related Obligations [Docket No. 16]

   Objection Deadline:   March 2, 2020 at 4:00 p.m.

   Related Documents:   Interim Order Authorizing Debtors to Pay Certain Prepetition Taxes and Related Obligations [Docket No. 68]

   Certificate of No Objection With Respect to Order Authorizing Debtors to Pay Certain Prepetition Taxes and Related Obligations [Docket No. 150]

   Responses Filed:   None.

   **Status:**   **This matter is going forward on an uncontested basis.**

3. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors, and (B) Section 503(b)(9) Claimants, and (II) Granting Related Relief [Docket No. 17]

   Objection Deadline:   March 2, 2020 at 4:00 p.m.

   Related Documents:   Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors, and (B) Section 503(b)(9) Claimants, and (II) Granting Related Relief [Docket No. 67]

   Certificate of No Objection With Respect to Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors, and (B) Section 503(b)(9) Claimants, and (II) Granting Related Relief [Docket No. 148]

   Responses Filed:   None.

|  |  |  |
|---|---|---|
|  | **Status:** | **This matter is going forward on an uncontested basis.** |

4. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Honor Certain Prepetition Obligations to Customers and Continue Customer Programs in the Ordinary Course of Business, and (II) Granting Related Relief [Docket No. 18]

    Objection Deadline:    March 2, 2020 at 4:00 p.m.

    Related Documents:    Interim Order Authorizing the Debtors to Honor Certain Prepetition Obligations to Customers and Continue Certain Customer Programs in the Ordinary Course of Business [Docket No. 79]

    Certificate of No Objection With Respect to Order (I) Authorizing the Debtors to Honor Certain Prepetition Obligations to Customers and Continue Customer Programs in the Ordinary Course of Business, and (II) Granting Related Relief [Docket No. 149]

    Responses Filed:    None.

    **Status:**    **This matter is going forward on an uncontested basis.**

5. Debtors' Motion for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment; (II) Establishing Procedures for Resolving Objections by Utility Companies; and (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service [Docket No. 29]

    Objection Deadline:    March 2, 2020 at 4:00 p.m.

    Related Documents:    Notice of Hearing on Debtors' Motion for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment; (II) Establishing Procedures for Resolving Objections by Utility Companies; and (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service [Docket No. 89]

    ***Certificate of No Objection to Debtors' Motion for Entry of A Final Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment; (II) Establishing***

4

|  |  |  |
|---|---|---|
|  |  | *Procedures for Resolving Objections by Utility Companies; and (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service* [Docket No. 155] |
|  | Responses Filed: | Objection of Certain Utility Companies to Debtors' Motion for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment; (II) Establishing Procedures for Resolving Objections by Utility Companies; and (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service [Docket No. 126] |
|  | **Status:** | **The objection has been resolved and a certificate of no objection will be filed prior to the hearing. Accordingly, this matter will be going forward on an uncontested basis.** |

6. Debtors' Motion for Entry of Order Authorizing Debtors to Employ and Pay Professionals Utilized in the Ordinary Course of Business [Docket No. 97]

    Objection Deadline:     March 2, 2020 at 4:00 p.m.

    Related Documents:     Certificate of No Objection to Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 327, 330, and 331 for Entry of Order Authorizing the Debtors' to Employ and Pay Professionals Utilized in the Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date [Docket No. 152]

    Responses Filed:     None.

    **Status:**     **This matter is going forward on an uncontested basis.**

7. Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing and Approving the Rejection of Certain Leases and Related Agreements and (II) Granting Relief [Docket No. 98]

    Objection Deadline:     March 2, 2020 at 4:00 p.m.

    Related Documents:     Certificate of No Objection to Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing and Approving the Rejection of Certain Leases and Related Agreements and (II) Granting Related Relief [Docket No. 153]

|   |   |
|---|---|
| Responses Filed: | None. |
| **Status:** | **This matter is going forward on an uncontested basis.** |

8. Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a) and 331, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 102]

|   |   |
|---|---|
| Objection Deadline: | March 2, 2020 at 4:00 p.m. |
| Related Documents: | Notice of Hearing [Docket No. 103] |
|  | Certificate of No Objection With Respect to Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 147] |
| Responses Filed: | None. |
| **Status:** | **This matter is going forward on an uncontested basis.** |

## II.    UNSCHEDULED CONTESTED MATTER

9. *Ex Parte* Application of Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 Authorizing the Examination of the Debtors, Chatham Asset Management, LLC and Leon Cooperman [Docket No. 132]

|   |   |
|---|---|
| Responses Filed: | Debtors' Second Amended Response to *Ex Parte* Application of Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 Authorizing the Examination of the Debtors, Chatham Asset Management, LLC and Leon Cooperman [Docket No. 142] |
| **Status:** | **As set forth in the Debtors' Response, the Debtors have requested that the Committee's Application be heard on March 9th.** |

Dated: New York, New York
       March 6, 2020

                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                */s/ Van C. Durrer, II*
                Shana A. Elberg
                Bram A. Strochlic
                One Manhattan West
                New York, New York 10001
                Telephone: (212) 735-3000
                Fax: (212) 735-2000

                – and –

                Van C. Durrer, II
                Destiny N. Almogue (*pro hac vice* pending)
                300 S. Grand Avenue, Suite 3400
                Los Angeles, CA 90071-3144
                Telephone: (213) 687-5000
                Fax: (213) 687-5600

                – and –

                Jennifer Madden (*pro hac vice* pending)
                525 University Avenue
                Palo Alto, California 94301
                Telephone: (650) 470-4500
                Fax: (650) 470-4570

                *Proposed Counsel to Debtors and Debtors in Possession*