SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Shana A. Elberg
Bram A. Strochlic
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000

TOGUT, SEGAL & SEGAL LLP
Albert Togut
Kyle J. Ortiz
Amy Oden
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Fax: (212) 967-4258

– and –

Van C. Durrer, II
Destiny N. Almogue (admitted *pro hac vice*)
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Fax: (213) 687-5600

– and –

Jennifer Madden (admitted *pro hac vice*)
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Fax: (650) 470-4570

*Counsel for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| ------------------------------------------------------- x | | |
| *In re* | : | **Chapter 11** |
| | : | |
| **THE McCLATCHY COMPANY,** *et al.*, | : | **Case No. 20-10418 (MEW)** |
| | : | |
| **Debtors.¹** | : | **(Jointly Administered)** |
| | : | |
| | : | |
| ------------------------------------------------------- x | | **Related Docket No. 15 & 184** |

**NOTICE OF ADJOURNMENT OF HEARING**

---

[1]   The last four digits of Debtor The McClatchy Company's tax identification number are 0478.  Due to the large number of debtor entities in these jointly administered chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.kccllc.net/McClatchy.  The location of the Debtors' service address for purposes of these chapter 11 cases is: 2100 Q Street, Sacramento, California 95816.

**PLEASE TAKE NOTICE** that on February 13, 2020, the Debtors filed the *Debtors' Motion for Entry of Interim and Final Orders Authorizing Debtors to Pay Prepetition Wages, Compensation and Employee Benefits* [Docket No. 15] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that on March 12, 2020, the court held a hearing on the Motion and entered a *Final Order Authorizing Debtors to Pay Prepetition Wages, Compensation, and Employee Benefits* [Docket No. 184] (the "**Final Order**").  The Final Order adjourned the hearing on the Corporate Incentive Plan to April 29, 2020 at 11:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Corporate Incentive Plan has been further adjourned to **June 24, 2020 at 11:00 a.m. (prevailing Eastern Time)**.  The hearing will be held before the Honorable Michael E. Wiles, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 617, New York, New York 10004 (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that pursuant to General Order M-543 dated March 20, 2020, all hearings and conferences scheduled to be held at the Bankruptcy Court will be conducted telephonically pending further order of the Bankruptcy Judge assigned to the matter.  Any party wishing to appear at the hearing must make arrangements with Court Solutions LLC, www.court-solutions.com to sign up for an account and to register for a live line. Registration for a hearing must occur no later than 12:00 p.m. on the business day prior to the hearing date.

**PLEASE TAKE FURTHER NOTICE** that responses or objections (the "**Objections**") to the Motion must be in writing, shall confirm to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, and shall be filed with the Bankruptcy

2

Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, with an electronic copy emailed directly to Chambers at wiles.chambers@nysb.uscourts.gov, in accordance with the Judge's chambers instructions, and served in accordance with General Order M-399 and the *Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c), 2002(m), and 9007 Implementing Certain Notice and Case Management Procedures* [ECF No. 106], for all parties, *except* the Creditors' Committee and the Office of the United States Trustee only, by **April 22, 2020 at 4:00 p.m. (Prevailing Eastern Time)**.  The Objection Deadline for the Creditors' Committee and the Office of the United States Trustee only has been extended to **June 17, 2020 at 4:00 p.m. (Prevailing Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served, the Debtors may, on or after the Objection Deadline, submit to the Bankruptcy Court  an order, which order may be entered with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion can be obtained through the Bankruptcy Court's electronic case filing system at www.nysb.uscourts.gov using a PACER password (to obtain a PACER password, go to the PACER website, www.pacer.gov) or the website maintained by the Debtors' noticing agent, Kurtzman Carson Consultants LLC, at http://www.kccllc.net/McClatchy.

*[Remainder of Page Intentionally Left Blank]*

Dated: New York, New York
      April 16, 2020

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Van C. Durrer, II*
Shana A. Elberg
Bram A. Strochlic
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000

– and –

Van C. Durrer, II
Destiny N. Almogue (admitted *pro hac vice*)
300 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Fax: (213) 687-5600

– and –

Jennifer Madden (admitted *pro hac vice*)
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Fax: (650) 470-4570

*Counsel to Debtors and Debtors in Possession*