UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re                                                        :    Chapter 11
                                                             :
THE McCLATCHY COMPANY, *et al.*,                             :    Case No. 20-10418 (MEW)
                                                             :
         Debtors.[1]                                         :    (Jointly Administered)
                                                             :
------------------------------------------------------------ x

### ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIODS TO FILE A PLAN OF REORGANIZATION AND SOLICIT ACCEPTANCES THEREOF

Upon the Motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") for entry of an order (this "**Order**") extending the Debtors' exclusive right to file a chapter 11 plan, without prejudice to the debtors' right to seek further extensions, all as more fully set forth in the Motion; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to Bankruptcy Code section 1121(d), the Exclusive Filing Period in which the Debtor's may file a chapter 11 plan is hereby extended through and including August

---

[1] The last four digits of Debtor The McClatchy Company's tax identification number are 0478. Due to the large number of debtor entities in these jointly administered chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.kccllc.net/McClatchy. The location of the Debtors' service address for purposes of these chapter 11 cases is: 2100 Q Street, Sacramento, California 95816.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

31, 2020, and the Exclusive Solicitation Period in which the Debtors may solicit acceptances thereon is extended through and including October 30, 2020.

3. Nothing herein shall prejudice the Debtors' right to seek further extensions of the Exclusivity Period or the right of any party in interest to seek to shorten or terminate the Exclusive Periods consistent with section 1121(d) of the Bankruptcy Code.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order.

5. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: New York, New York
      <u>June 1</u>, 2020

s/Michael E. Wiles<br>
Honorable Michael E. Wiles<br>
UNITED STATES BANKRUPTCY JUDGE

2