Jackson Rip Holmes
35 Sidonia Avenue, B
Coral Gables, FL 33134
Phone; 305-338-5000
E-mail; rip.holmes@yahoo.com
Website; www.ripholmes.com



June 30, 2020

The Honorable Judge Michael E. Wiles
U.S. Bankruptcy Court, Southern District of New York
One Bowling Green
New York, New York  10004-1408

Re; Case No. 20-10418, relating to McClatchy Newspapers, and The Miami Herald.

Dear Honorable Judge Wiles;

  In my opinion, the survival of Miami, as we know it, is dependent on the survival of The Miami Herald.

  No one doubts that information is power, but in this case, the expression is lack of information is impotence and defenselessness.  Think of New York City without its newspapers.

  I have no professional affiliation with The Miami Herald, but realizing the importance of their reporting to Miami, I have tried to involve myself with their survival during the post print advertising age, during which daily newspapers lost an arguable monopoly on advertising, to the free advertising available to all of us on the Internet.  We also know that Google, MSN, AOL, Huffington Post, and others, have been allowed to poach copyrighted articles from daily newspapers for free during this time, whereas, so far as I know, they were supposed to pay to republish copyrighted articles.

  I consider it an honor that I interfaced with the Newspapers Association of America, Paul Boyle, in promoting my and their plan for a mega free advertising website, e.g. my proposed www.advertisinguniverse.com , never realized, eclipsing and encompassing all disparate advertising we know of, to at least reclaim market share.

  My plea to you?  Keep The Miami Herald publishing for as far into the future as we can plan, in order to preserve my birthplace and home, Miami-Dade County.

1

Brevity can be a virtue. I could mention concerns most personally important to me – our latin immigrants, our tourism and our Latin American trade and commerce industries -- but that opens the door to equally important concerns of others – Cuba, Latin America, multi-national companies with offices in Miami, the deep historical ties of New Yorkers to Miami, the Everglades, Hemispheric finance -- important enterprises all requiring information provided by an existing and surviving newspaper.

Our heart, and our soul, in Miami, is in your hands. If you can try to imagine New York City, without its newspapers, that is what we ask you to rescue us from, please, Sir.

Sincerely,

Jackson Rip Holmes