| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Shana A. Elberg<br>Bram A. Strochlic<br>One Manhattan West<br>New York, New York 10001<br>Telephone: (212) 735-3000<br>Fax: (212) 735-2000 | TOGUT, SEGAL & SEGAL LLP<br>Albert Togut<br>Kyle J. Ortiz<br>Amy Oden<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>Telephone: (212) 594-5000<br>Fax: (212) 967-4258 |

– and –

Van C. Durrer, II
Destiny N. Almogue (admitted *pro hac vice*)
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Fax: (213) 687-5600

– and –

Jennifer Madden (admitted *pro hac vice*)
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Fax: (650) 470-4570

*Counsel for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
*In re*                                                                  :    **Chapter 11**
                                                                              :
**THE McCLATCHY COMPANY,** *et al.***,**          :    **Case No. 20-10418 (MEW)**
                                                                              :
                    **Debtors.**[1]                                 :    **(Jointly Administered)**
                                                                              :
---------------------------------------------------------- x

---

[1] The last four digits of Debtor The McClatchy Company's tax identification number are 0478. Due to the large number of debtor entities in these jointly administered chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.kccllc.net/McClatchy. The location of the Debtors' service address for purposes of these chapter 11 cases is: 2100 Q Street, Sacramento, California 95816.

## AMENDED NOTICE OF AUCTION

**PLEASE TAKE NOTICE OF THE FOLLOWING**:

1.  On February 13, 2020,[2] The McClatchy Company and certain of its affiliates, the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**," the "**Company**," or "**McClatchy**"), each filed voluntary petitions for relief pursuant to chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

2.  On May 5, 2020, the Debtors filed a motion (the "**Motion**") seeking, among other things, entry of an order (the "**Bidding Procedures Order**") approving the bidding procedures (the "**Bidding Procedures**") for the sale of all or substantially all or a portion of the Debtors' non-cash assets [ECF No. 418].

3.  On May 11, 2020, the Bankruptcy Court entered the Bidding Procedures Order [ECF No. 432].

4.  The Debtors have received two or more Qualified Bids[3] by the Final Bid Deadline. In accordance with the Bidding Procedures, the Debtors will conduct an auction by video and telephonic conference (the "**Auction**") to determine the highest or otherwise best Qualified Bid.

5.  On July 8, 2020, the Debtors filed a notice (the "**Auction Notice**") stating that the Auction would begin on July 9, 2020 at 10:00 a.m. prevailing Eastern Time [ECF No. 639]. Following the filing of the Auction Notice, on July 8, 2020, Alden Global Capital, LLC and its affiliates filed an emergency motion (the "**Emergency Motion**") seeking an order precluding the credit bidding of certain secured claims pursuant to 11 U.S.C. §§ 105 and 363(k) [ECF No. 647]. The Bankruptcy Court is holding an emergency telephonic hearing on the Emergency Motion at **10:30 a.m. prevailing Eastern Time on July 9, 2020**.

6.  Pursuant to paragraph 15 of the Bidding Procedures Order, the Debtors have determined to postpone the Auction to a time to be determined, following the evaluation of any proceedings on the Emergency Motion and in consultation with the Consultation Parties. Upon such determination, the Debtors will file a supplement to this notice.

---

[2] On March 24, 2020 (the "**Additional Petition Date**") the Debtors' affiliate, Oak Street Redevelopment Corporation ("**Oak Street**"), also commenced a case by filing a chapter 11 petition. As used herein, the term "Petition Date" encompasses the Additional Petition Date and the term "Chapter 11 Cases" includes the Oak Street chapter 11 case, which is being jointly administered with the Debtors' chapter 11 cases commenced on February 13, 2020. *See* Order (I) Directing Joint Administration of Cases and (II) Waiving Requirements of Bankruptcy Code Section 342(c)(1) and Bankruptcy Rules 1005 and 2002(n) [ECF No. 265].

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion or the Bidding Procedures Order, as applicable.

2

Dated: New York, New York
July 8, 2020

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        */s/ Van C. Durrer, II*
        Shana A. Elberg
        Bram A. Strochlic
        One Manhattan West
        New York, New York 10001
        Telephone: (212) 735-3000
        Fax: (212) 735-2000

        – and –

        Van C. Durrer, II
        Destiny N. Almogue (admitted *pro hac vice*)
        300 S. Grand Avenue, Suite 3400
        Los Angeles, California 90071-3144
        Telephone: (213) 687-5000
        Fax: (213) 687-5600

        – and –

        Jennifer Madden (admitted *pro hac vice*)
        525 University Avenue
        Palo Alto, California 94301
        Telephone: (650) 470-4500
        Fax: (650) 470-4570

        – and –

        TOGUT, SEGAL & SEGAL LLP
        Albert Togut
        Kyle J. Ortiz
        Amy Oden
        One Penn Plaza, Suite 3335
        New York, New York 10119
        Telephone: (212) 594-5000
        Fax: (212) 967-4258

        *Counsel to Debtors and Debtors in Possession*