

CITY OF FOUNTAINS
HEART OF THE NATION

KANSAS CITY
MISSOURI

QUINTON D. LUCAS
Mayor

July 1, 2020

The Honorable Judge Michael E. Wiles
U.S. Bankruptcy Court, Southern District of New York
One Bowling Green
New York, New York, 10004-1408

Re: The McClatchy Company

Dear Judge Wiles:

The decisions made in your court over the next month will have a profound effect on cities large and small across the country. From Miami to Merced, Sacramento to Biloxi, 30 communities rely on McClatchy for local news—the Kansas City community being one of them.

Even as wages at local papers remain low, young journalists are still joining these McClatchy newsrooms—including *The Kansas City Star*—in significant numbers. They are certainly not motivated by money. They are motivated by their desire to tell the story of America, with all of our progress and imperfections. Despite the challenges that come with this global pandemic, the reporters at *The Kansas City Star* have been working tirelessly to keep up with COVID-19 numbers, protests, and violent crime in our city. We cannot stress enough how essential their reporting is to our community.

Deciding the fate of a newspaper company in Chapter 11 is about so much more than creditors and shareholders; it's about readers. As the mayor of a McClatchy city, I would urge you to choose a steward for this company that would build on the journalistic traditions of two of the most storied names in the business—McClatchy and Knight-Ridder—rather than degrade them.

The good news for a responsible owner is they won't have to do it alone. Journalism-focused philanthropy has nearly quadrupled since 2009. Thirty journalists in McClatchy newsrooms around the country are fellows funded by Report for America, including three in our local newsroom, who have traveled to Kansas City from all corners of the country to focus on gun

violence throughout the state of Missouri—perhaps the most pressing issue in the urban centers of our state.

McClatchy newspapers inform the heart of America. Their role is no less important than that of the journalistic giants, who can survive on a national base of digital subscriptions but cannot effectively cover local communities. I would urge you to choose the best possible steward to take on this important responsibility.

                Very truly yours,

                Quinton D. Lucas