**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                                        : Chapter 11
                                                             :
**THE McCLATCHY COMPANY**, *et al.*,                         : Case No. 20-10418 (MEW)
                                                             :
Debtors.[1]                                                  : (Jointly Administered)
                                                             :
------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I, Jennifer Westwood, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

On July 9, 2020, at my direction and under my supervision, employees of KCC caused to be served the following document via Email upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Debtors' Objection to Emergency Motion of Alden Global Capital, LLC and its Affiliates Seeking an Order of the Court Precluding the Credit Bidding of Certain Secured Claims Pursuant to 11 U.S.C. §§ 105 and 363(K)** [Docket No. 654]

Furthermore, on July 9, 2020, at my direction and under my supervision, employees of KCC caused to be served the following document via Email upon the service list attached hereto as **Exhibit A**; via Overnight Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**; and via First Class Mail upon the service lists attached hereto as **Exhibit B** and **Exhibit E**:

- **Notice of Rejection of Unexpired Sublease of Nonresidential Real Property Located at 550 South Caldwell Street, 11th Floor, Charlotte, North Carolina, 28202** [Docket No. 656]

Furthermore, on July 9, 2020, at my direction and under my supervision, employees of KCC caused to be served the following document via Email upon the service list attached hereto as **Exhibit A**:

- **Supplemental Notice of Auction; to be Held on July 10, 2020 at 10:00 a.m. (Prevailing Eastern Time)** [Docket No. 657]

---

[1] The last four digits of Debtor The McClatchy Company's tax identification number are 0478. Due to the large number of debtor entities in these jointly administered chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein.. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.kccllc.net/McClatchy. The location of the Debtors' service address for purposes of these chapter 11 cases is: 2100 Q Street, Sacramento, California 95816.

Furthermore, on July 9, 2020, at my direction and under my supervision, employees of KCC caused to be served the following document via Email upon the service lists attached hereto as **Exhibit A** and **Exhibit F**; and via First Class Mail upon the service lists attached hereto as **Exhibit B**, **Exhibit E**, and **Exhibit G**:

- **Supplemental Declaration of Philip R. Higdon** [Docket No. 661]

Dated: July 10, 2020

/s/ Jennifer Westwood
Jennifer Westwood
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# EXHIBIT A

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Alden Global Capital, LLC and its affiliates | AKIN GUMP STRAUSS HAUER & FELD LLP | Lisa G. Beckerman, Gary A. Ritacco | lbeckerman@akingump.com; gritacco@akingump.com |
| Counsel for Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson | schristianson@buchalter.com |
| Counsel to the DIP Agent | Choate, Hall & Stewart LLP | Kevin J. Simard, Jennifer Conway Fenn, Jonathan D. Marshall | ksimard@choate.com; jfenn@choate.com; jmarshall@choate.com |
| Counsel for The News Guild-CWA, on behalf of itself, Local 33229 and Local 39521, and CWA Local 3108 | Cohen, Weiss and Simon LLP | Hanan B. Kolko | hkolko@cwsny.com |
| Counsel for The News Guild-CWA, on behalf of itself, Local 33229 and Local 39521, and CWA Local 3108 | Cohen, Weiss and Simon LLP | Richard M. Seltzer | rseltzer@cwsny.com |
| Colorado Department of Revenue | Colorado Department of Law | Deanna Lee Westfall, Assistant Attorney General | deanna.westfall@coag.gov |
| Counsel for Endava, Inc. | Cooley LLP | Cullen D. Speckhart | cspeckhart@cooley.com |
| Counsel for Endava, Inc. | Cooley LLP | Richard Kanowitz, Paul J. Springer | rkanowitz@cooley.com; pspringer@cooley.com |
| US Department of Justice | Department of Justice US Attorney General | Commercial Litigation Branch | askdoj@usdoj.gov |
| Counsel for Beth Desmond | Dorsey & Whitney LLP | Monica L. Clark, Will Martin | clark.monica@dorsey.com; martin.will@dorsey.com |
| Counsel for Beth Desmond | Dorsey & Whitney LLP | Samuel S. Kohn | kohn.sam@dorsey.com |
| Counsel for Eastman Kodak Company | Eastman Kodak Company | Joseph D. Leverone, Senior Legal Counsel | Joseph.Leverone@Kodak.com |
| Counsel for the Bank of New York Mellon Trust Company, N.A. | Emmet, Marvin & Martin, LLP | Thomas A. Pitta, Edward P. Zujkowski, Elizabeth Taraila | tpitta@emmetmarvin.com; ezujkowski@emmetmarvin.com; etaraila@emmetmarvin.com |
| Environmental Protection Agency (Regional) | Environmental Protection Agency | Douglas Fischer | fischer.douglas@epa.gov |
| Creditor and Ordinary Course Professional | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| Counsel for Joanna Culley, as Guardian of the Estate of Dennis Leroy Williams, Disabled | Goldenberg Heller & Antognoli, P.C. | Joel A. Kunin | jkunin@ghalaw.com |
| Counsel for Brightcove Inc. | Goodwin Procter LLP | William P. Weintraub, Stacy A. Dasaro | wweintraub@goodwinlaw.com; sdasaro@goodwinlaw.com |
| Counsel for Infosys Limited and Official Committee of Unsecured Creditors (Wipro Limited) | Kelley Drye & Warren LLP | Kristin S. Elliott, James S. Carr | kelliott@kelleydrye.com; jcarr@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com |
| Counsel for Ken Burton, Jr., Manatee County Tax Collector | Ken Burton, Jr., Manatee County Tax Collector | Jennifer Francis, Legal Support and Collections Specialist, CFCA | legal@taxcollector.com |
| Counsel for Brigade Capital Management, LP | Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer, Douglas Mannal, Abbe L. Dienstag, David Braun | tmayer@kramerlevin.com; dmannal@kramerlevin.com; adienstag@kramerlevin.com; dbraun@kramerlevin.com |
| Counsel for Tarrant County | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Counsel for Macon-Bibb County Tax Commissioner | Lisenby & Associates, L.L.C. | Blake Edwin Lisenby, Esq. | blakelisenby@lisenbylaw.com |
| Counsel for Aetna and its Affiliates | Mccarter & English, LLP | Kate R. Buck | kbuck@mccarter.com |
| Counsel for Aetna and its Affiliates | Mccarter & English, LLP | Matthew Rifino | mrifino@mccarter.com |
| Counsel for The County of Denton, Texas | McCreary, Veselka, Bragg & Allen, P.C., | Tara LeDay | tleday@mvbalaw.com |
| Counsel for Joanna Culley, as Guardian of the Estate of Dennis Leroy Williams, Disabled | McLaughlin & Stern, LLP | Chester R. Ostrowski | costrowski@mclaughlinstern.com |
| Missouri Department of Revenue | Missouri Department of Revenue, Bankruptcy Unit | Steven A. Ginther | sdnyecf@dor.mo.gov |
| Counsel to the Prepetition Agent and Wells Fargo | Morgan, Lewis & Bockius LLP | Christopher L. Carter | christopher.carter@morganlewis.com |
| Counsel to the Prepetition Agent and Wells Fargo | Morgan, Lewis & Bockius LLP | E. Marcus Marsh, Jennifer Feldsher, Glenn E. Siegel, David K. Shim | marcus.marsh@morganlewis.com; jennifer.feldsher@morganlewis.com; glenn.siegel@morganlewis.com; david.shim@morganlewis.com |
| US Trustee | Office of the United States Trustee | Attn Benjamin J. Higgins, Brian S. Masumoto | Benjamin.J.Higgins@usdoj.gov; Brian.Masumoto@usdoj.gov |
| Counsel to Chatham Asset Management, LLC | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Andrew N. Rosenberg, Elizabeth R. McColm, John T. Weber | arosenberg@paulweiss.com; emccolm@paulweiss.com; jweber@paulweiss.com |

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Pension Benefit Guaranty Corporation/Top 30 Creditor | Pension Benefit Guaranty Corporation | Adi Berger, Kartar Khalsa | berger.adi@pbgc.gov; Khalsa.Kartar@pbgc.gov |
| Counsel for Crowley ISD, Arlington ISD and City of Grapevine, Grapevine-Colleyville ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | c/o Eboney Cobb | ecobb@pbfcm.com |
| Counsel for Bank of Oklahoma, as Successor Trustee for the 6.875% Senior Secured Junior Lien Notes due 2031 and BOKF, N.A. | Reed Smith LLP | Eric A. Schaffer | eschaffer@reedsmith.com |
| Counsel for Blake Development Company | Sarna & Associates, PC | James A. Sarna, Esq. | james@sarnalaw.com |
| Counsel for Pension Benefit Guaranty Corp | Schafer and Weiner, PLLC | Joseph K. Grekin | jgrekin@schaferandweiner.com |
| Counsel for Ford Motor Company LLC | Schiller, Knapp,Lefkowitz & Hertzel, LLP | Martin A. Mooney | MMooney@schillerknapp.com |
| Securities and Exchange Commission Headquarters | Securities and Exchange Commission | Attn General Counsel | SECBankruptcy-OGC-ADO@SEC.GOV |
| Securities and Exchange Commission New York Regional Office | Securities and Exchange Commission NY Regional Office | Andrew Calamari Regional Director | bankruptcynoticeschr@sec.gov |
| Counse for Wilmington Savings Fund Society, FSB as Successor Indenture Trustee for the 2027 Debentures and the 2029 Debentures | Seward & Kissel LLP | John R. Ashmead, Catherine V. LoTempio, Julie J. Hong | ashmead@sewkis.com; lotempio@sewkis.com; hong@sewkis.com |
| Counsel for Albany Road-Corporate Drive LLC | Singer & Levick, P.C. | Michelle E. Shriro | mshriro@singerlevick.com |
| Counsel for the Debtors | Skadden, Arps, Slate, Meagher & Flom LLP | Jennifer Madden | Jennifer.Madden@skadden.com |
| Counsel for the Debtors | Skadden, Arps, Slate, Meagher & Flom LLP | Shana A. Elberg, Bram A. Strochlic | Bram.Strochlic@skadden.com; shana.elberg@skadden.com; Andrea.Bates@skadden.com |
| Counsel for the Debtors | Skadden, Arps, Slate, Meagher & Flom LLP | Van C. Durrer, II, Destiny N. Almogue | Van.Durrer@skadden.com; Destiny.Almogue@skadden.com |
| Counsel for SCF-2100 Q Street Owner, LLC, et al | Sklar Kirsh, LLP | Ian S. Landsberg, Esq. | ilandsberg@sklarkirsh.com |
| Counsel for the Official Committee of Unsecured Creditors | Stroock & Stroock & Lavan Llp | Kristopher M. Hansen, Frank A. Merola, Erez E. Gilad, Samantha L. Martin, Gabriel E. Sasson | khansen@stroock.com; fmerola@stroock.com; egilad@stroock.com; smartin@stroock.com; gsasson@stroock.com; mcclatchyssl@stroock.com |
| Counsel for Gannett Supply Corporation and Gannett Publishing Services LLC | Taft Stettinius & Hollister LLP | Lynn Rowe Larsen | llarsen@taftlaw.com |
| Counsel for P. Anthony Ridder, George Riggs the Official Committee of Unsecured Creditors, and the Former Knight Ridder and McClathcy Salaried Employees Association | The Wagner Law Group | Israel Goldowitz | igoldowitz@wagnerlawgroup.com |
| Counsel for P. Anthony Ridder, George Riggs, and the Former Knight Ridder and McClathcy Salaried Employees Association | The Wagner Law Group | Jordan D. Mamorsky | jmamorsky@wagnerlawgroup.com |
| Counsel for TN Dept of Revenue | TN Dept of Revenue | c/oTN Attorney General's Office, Bankruptcy Division | AGBankNewYork@ag.tn.gov |
| Counsel for the Debtors | Togut Segal & Segal LLP | Albert Togut, Kyle J. Ortiz, Amy Oden | aoden@teamtogut.com; kortiz@teamtogut.com; altogut@TeamTogut.com |
| Counsel for Berry Avenue, Inc. | Trainor Fairbrook | Jennifer L. Pruski | jpruski@trainorfairbrook.com |
| Interested Party | Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions c/o A Ricoh USA Progrma f/d/b/a IKON Financial Services | Bankruptcy Administration | christine.etheridge@leasingconnection.com |
| Official Committee of Unsecured Creditors | Wilmington Savings Fund Society, FSB | Patrick J. Healy, Senior Vice President | phealy@wsfsbank.com |
| Counsel for John S. and James L. Knight Foundation | Zirinsky Law Partners PLLC | Bruce R. Zirinsky, Gary D. Ticoll | bzirinsky@zirinskylaw.com; gticoll@zirinskylaw.com |

# EXHIBIT B

**Exhibit B**

Master Service List - UST Copy

Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| US Trustee | Office of the United States Trustee | Attn Benjamin J. Higgins, Brian S. Masumoto | US Federal Office Building | 201 Varick Street Suite 1006 | New York | NY | 10014 |

In re The McClatchy Company, et al.
Case No. 20-10418 (MEW)

Page 1 of 1

# EXHIBIT C

**Exhibit C**
Rejection Notice Parties
Served via Overnight Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel to the DIP Agent | Choate, Hall & Stewart LLP | Kevin J. Simard, Jennifer Conway Fenn, Jonathan D. Marshall | Two International Place | | Boston | MA | 02110- |
| US Trustee | Office of the United States Trustee | Attn Benjamin J. Higgins, Brian S. Masumoto | US Federal Office Building | 201 Varick Street Suite 1006 | New York | NY | 10014 |
| Counsel to Chatham Asset Management, LLC | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Andrew N. Rosenberg, Elizabeth R. McColm, John T. Weber | 1285 Avenue of the Americas | | New York | NY | 10019-6064 |
| Counsel for the Official Committee of Unsecured Creditors | Stroock & Stroock & Lavan Llp | Kristopher M. Hansen, Frank A. Merola, Erez E. Gilad, Samantha L. Martin, Gabriel E. Sasson | 180 Maiden Lane | | New York | NY | 10038 |

In re The McClatchy Company, et al.
Case No. 20-10418 (MEW)

Page 1 of 1

# EXHIBIT D

**Exhibit D**

Affected Parties

Served via Overnight Mail

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| The Associated Press | 450 West 33rd Street | New York | NY | 10001 |
| The Associated Press | 200 Liberty Street | New York | NY | 10281 |

In re The McClatchy Company, et al.
Case No. 20-10418 (MEW)

Page 1 of 1

# EXHIBIT E

**Exhibit E**
Master Service List
Served via Overnight Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| US Department of Justice | Department of Justice US Attorney General | Commercial Litigation Branch | 950 Pennsylvania Ave NW | | Washington | DC | 20530 |
| Official Committee of Unsecured Creditors | Dow Jones & Company, Inc. | Joseph B. Vincent, Senior Vice President | 1211 Avenue of the Americas | | New York | NY | 10036 |
| Federal Communications Commission | Federal Communications Commission | | 445 12th Street SW | | Washington | DC | 20554 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Official Committee of Unsecured Creditors | Lorianne E. Sawin | c/o Michael J. Sachs, Esq. | Callahan & Blaine, APLC | 3 Hutton Centre Drive, 9th Floor | Santa Ana | CA | 92707 |
| New York Attorney General | Office of the NY Attorney General | Attorney General | 120 Broadway 24th Fl | | New York | NY | 10271 |
| New York Attorney General | Office of the NY Attorney General | Attorney General | The Capitol | | Albany | NY | 12224-0341 |
| United States Attorney's Office SDNY | Office of US Attorney SDNY | Attn Tax & Bankruptcy Unit | 86 Chambers St, Third Floor | | New York | NY | 10007 |
| Official Committee of Unsecured Creditors | Pension Benefit Guaranty Corporation | Jack Butler | 1200 K Street, N.W. | | Washington | DC | 20005 |
| Secretary of the State | Secretary of State | Division of Corporations | 99 Washington Ave Ste 600 | One Commerce Plz | Albany | NY | 12231-0001 |
| Secretary of the State | Secretary of State | | 123 William St | | New York | NY | 10038-3804 |
| Official Committee of Unsecured Creditors | The News Guild-CWA, Communications Worker of America | Marian Needham, Executive Vice-President | District One Office | 821 Elk Street, Suite B | Buffalo | NY | 14210 |
| Environmental Protection Agency (US) | US Environmental Protection Agency | | 1200 Pennsylvania Ave NW | Ariel Rios Building | Washington | DC | 20004 |

# EXHIBIT F

**Exhibit F**
OCP Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Debtors | The McClatchy Company | Attn Billie McConkey | bmcconkey@mcclatchy.com |

# EXHIBIT G

**Exhibit G**
OCP Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Debtors | The McClatchy Company | Attn Billie McConkey | 2100 Q St | Sacramento | CA | 95816 |