| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Shana A. Elberg<br>Bram A. Strochlic<br>One Manhattan West<br>New York, New York 10001<br>Telephone: (212) 735-3000<br>Fax: (212) 735-2000 | TOGUT, SEGAL & SEGAL LLP<br>Albert Togut<br>Kyle J. Ortiz<br>Amy Oden<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>Telephone: (212) 594-5000<br>Fax: (212) 967-4258 |

– and –

Van C. Durrer, II
Destiny N. Almogue (admitted *pro hac vice*)
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Fax: (213) 687-5600

– and –

Jennifer Madden (admitted *pro hac vice*)
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Fax: (650) 470-4570

*Counsel for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------- x
In re                                                   :   Chapter 11
                                                        :
THE McCLATCHY COMPANY, et al.,                          :   Case No. 20-10418 (MEW)
                                                        :
                Debtors.¹                               :   (Jointly Administered)
                                                        :
------------------------------------------------------- x
```

**AMENDED NOTICE OF SUCCESSFUL BIDDER**

---

[1] The last four digits of Debtor The McClatchy Company's tax identification number are 0478. Due to the large number of debtor entities in these jointly administered chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.kccllc.net/McClatchy. The location of the Debtors' service address for purposes of these chapter 11 cases is: 2100 Q Street, Sacramento, California 95816.

**PLEASE TAKE NOTICE OF THE FOLLOWING**:

**I.     NOTICE OF SUCCESSFUL BIDDER**

1. Pursuant to the *Order (I) Establishing Bidding Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (II) Establishing Procedures for the Debtors to Enter into Stalking Horse Agreement with Bid Protections in Connection with a Sale of Substantially All of the Debtors' Assets; (III) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (IV) Approving Form and Manner of Notice of All Procedures, Protections, Schedules and Agreements; (V) Scheduling a Hearing to Consider the Proposed Sale and (VI) Granting Certain Related Relief* [ECF No. 432] (the "**Bidding Procedures Order**") entered by the Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") on May 11, 2020, the above-captioned debtors and debtors-in-possession (the "**Debtors**") held an auction by video and telephonic conference (the "**Auction**") on July 10, 2020.

2. As described in the *Notice of Successful Bidder* [ECF No. 674] (the "**Original Notice of Successful Bidder)**, the Debtors have determined that the Qualified Bid[2] of Chatham Asset Management, LLC ("**Chatham**" or the "**Successful Bidder**") as determined at the Auction (the "**Successful Bid**") for the assets is the highest or otherwise best Qualified Bid for the assets, and have therefore designated Chatham as the Successful Bidder.  As described in the Original Notice of Successful Bidder*,* the parties are in the process of finalizing the transactional documents and, consistent with the Bidding Procedures Order, have adjusted the remaining dates in the Original Notice of Successful Bidder accordingly.

3. The transactional documents will be filed by Friday, July 24, 2020.  The Sale Hearing will be held on **August 4, 2020 at 11:00 a.m. (prevailing Eastern Time)** before the honorable Michael E. Wiles, United States Bankruptcy Judge, in the Bankruptcy Court.  At the Sale Hearing the Debtors will seek entry of an order (the "**Sale Order**") approving the sale of the Acquired Assets to the Successful Bidder.  The Debtors will file a proposed copy of the Sale Order with the transactional documents.

4. Pursuant to Bankruptcy Code section 365, there is adequate assurance of the Successful Bidder's future performance under the executory contracts or unexpired leases to be assumed and assigned because of the demonstrated financial wherewithal of the Successful Bidder.  Moreover, if necessary, the Debtors will adduce facts at the Sale Hearing on any objection further demonstrating the financial wherewithal of the Successful Bidder, and its willingness and ability to perform under the leases and contracts to be assumed and assigned.

5. Objections, if any, to the approval of the Successful Bid must be made by **July 29, 2020 at 4:00 p.m. (prevailing Eastern Time)** (the "**Objection Deadline**").  All objections must: (a) be in writing; (b) conform to the applicable provisions of the Bankruptcy Rules, the Local Rules, and any orders of the Court; (c) state with particularity the legal and factual basis for the objection and the specific grounds therefor; and (d) be filed with the Court no later than

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

the Objection Deadline and served on (i) counsel to the Debtors, (ii) counsel to the Consultation Parties, (iii) counsel to the Successful Bidder and (iv) any other entity on the Master Service List (as defined in the case management order in these Chapter 11 Cases [ECF No. 106]). UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT AND THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER HEARING AND NOTICE.

6. Responses or replies, if any, to timely filed objections to approval of the Successful Bid must be filed by **July 31, 2020 at 4:00 pm (prevailing Eastern Time)**.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Dated: New York, New York
July 17, 2020

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Shana A. Elberg
Bram A. Strochlic
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000

– and –

Van C. Durrer, II
Destiny N. Almogue (admitted *pro hac vice*)
300 S. Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Fax: (213) 687-5600

– and –

Jennifer Madden (admitted *pro hac vice*)
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Fax: (650) 470-4570

– and –

TOGUT, SEGAL & SEGAL LLP

*/s/ Kyle J. Ortiz*
Albert Togut
Frank A. Oswald
Kyle J. Ortiz
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Fax: (212) 967-4258

*Counsel to Debtors and Debtors in Possession*