# EXHIBIT 2

**Form of Notice of Confirmation and Effective Date**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------ x
In re                                                  :    Chapter 11
                                                       :
JCK LEGACY COMPANY, et al.,                            :    Case No. 20-10418 (MEW)
                                                       :
         Debtors.¹                                     :    (Jointly Administered)
                                                       :
------------------------------------------------------ x
```

### NOTICE OF (I) ENTRY OF CONFIRMATION ORDER AND (II) OCCURRENCE OF EFFECTIVE DATE

**PLEASE TAKE NOTICE** that on September [●], 2020, the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), entered an order [ECF No. [●]] (the "**Confirmation Order**") confirming the *First Amended Joint Chapter 11 Plan of Distribution of JCK Legacy Company and Its Affiliated Debtors and Debtors in Possession* [ECF No. 867] (as may be modified, supplemented, restated, and further amended from time to time, the "**Plan**") (attached as Exhibit 1 to the Confirmation Order).²

**PLEASE TAKE FURTHER NOTICE** that the effective date of the Plan occurred on **[●] 2020** (the "**Effective Date**").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Confirmation Order, the settlement, release, injunction, and exculpation provisions in Article X of the Plan are now in full force and effect.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 7.3 of the Plan, all Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases, if any, must be filed with the Bankruptcy Court within thirty (30) days after the date of entry of an order of the Bankruptcy Court (including the Confirmation Order) approving such rejection. **Any Claims arising from the rejection of an Executory Contract or Unexpired Lease not filed within such time will be automatically Disallowed, forever barred from assertion, and shall not be enforceable against, as applicable, the Debtors, the Wind-Down Debtors, the Plan Administration Trust, the GUC Recovery Trust, the Estates, or any property of the foregoing parties, without the need for any objection by the Debtors or the Plan Administration Trust, as applicable, or further notice to, or action, order, or approval of the Bankruptcy Court or any other Entity, and any Claim arising out of the rejection of the Executory Contract or Unexpired Lease shall be deemed fully satisfied, released, and discharged, notwithstanding anything in a Proof of Claim to the contrary.**

---

[1] The last four digits of Debtor JCK Legacy Company's tax identification number are 0478. Due to the large number of debtor entities in these jointly administered chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.kccllc.net/McClatchy. The location of the Debtors' service address for purposes of these chapter 11 cases is: 2100 Q Street, Sacramento, California 95816.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

1

**PLEASE TAKE FURTHER NOTICE** that except as otherwise provided by the Confirmation Order, the Plan, or a Final Order of the Court, the deadline for filing requests for payment of unpaid Administrative Claims is **[●], 2020** (*i.e.*, 30 days after the Effective Date).

**HOLDERS OF ADMINISTRATIVE CLAIMS THAT ARE REQUIRED TO, BUT DO NOT, FILE AND SERVE AN ADMINISTRATIVE CLAIM REQUEST FORM BY THE ADMINISTRATIVE CLAIMS BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH ADMINISTRATIVE CLAIMS AGAINST THE DEBTORS, THE WIND-DOWN DEBTORS, OR THEIR RESPECTIVE PROPERTY AND ASSETS AND SUCH ADMINISTRATIVE CLAIMS SHALL BE DEEMED DISCHARGED AS OF THE EFFECTIVE DATE.**

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 2.5 of the Plan, the deadline to file final requests for payment of Professional Claims is **[●], 2020** (*i.e.*, 45 days after the Effective Date). All Professionals must file final requests for payment of Professional Claims by no later than this date to receive final approval of the fees and expenses generated during the Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, the Wind-Down Debtors, any and all holders of Claims or Interests (irrespective of whether such holders of Claims or Interests are deemed to have accepted the Plan), all Entities that are parties to or subject to the settlements, compromises, releases, and injunctions described in the Plan, each Entity acquiring property under the Plan, and any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the Plan and the Confirmation Order contain other provisions that may affect your rights. You are encouraged to review the Plan and the Confirmation Order in their entirety.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan, and all other documents filed in these chapter 11 cases can be obtained through the Bankruptcy Court's electronic case filing system at www.nysb.uscourts.gov using a PACER password (to obtain a PACER password, go to the PACER website, www.pacer.gov) or the website maintained by the Debtors' noticing agent, Kurtzman Carson Consultants LLC, at http://www.kccllc.net/McClatchy.

Dated: New York, New York
       [●], 2020

                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                */s/ Draft*
                Van C. Durrer, II
                Destiny N. Almogue (admitted *pro hac vice*)
                300 S. Grand Avenue, Suite 3400
                Los Angeles, CA 90071-3144
                Telephone: (213) 687-5000
                Fax: (213) 687-5600