**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------  x
*In re*                                              :    Chapter 11
                                                     :
**JCK LEGACY COMPANY,** *et al.***,**                :    Case No. 20-10418 (MEW)
                                                     :
            **Debtors.¹**                            :    (Jointly Administered)
                                                     :
---------------------------------------------------------  x

## CERTIFICATE OF SERVICE

I, Vincent Trang, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

On October 20, 2020, at my direction and under my supervision, employees of KCC caused to be served the following document via Email upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Notice and Eighth Monthly Statement of Togut, Segal & Segal LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Co-Counsel to the Debtors for the Period from September 1, 2020 Through September 30, 2020** [Docket No. 926]

Furthermore, on October 20, 2020, at my direction and under my supervision, employees of KCC caused to be served the following document via Email upon the service lists attached hereto as **Exhibit C** and **Exhibit D**; and via First Class Mail upon the service lists attached hereto as **Exhibit B** and **Exhibit E**:

*[Continued on Next Page]*

---

[1] The last four digits of Debtor JCK Legacy Company's tax identification number are 0478. Due to the large number of debtor entities in these jointly administered chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.kccllc.net/McClatchy. The location of the Debtors' service address for purposes of these chapter 11 cases is: 2100 Q Street, Sacramento, California 95816.

- **Plan Administration Trustee's Nineteenth Omnibus Objection to Claims (Duplicate Claims)** [Docket No. 927]

Dated:  October 22, 2020

        */s/* Vincent Trang  
        Vincent Trang  
        KCC  
        222 N Pacific Coast Highway, 3rd Floor  
        El Segundo, CA 90245  
        Tel 310.823.9000

# EXHIBIT A

**Exhibit A**
Master Service List/Fee Notice Parties
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Alden Global Capital, LLC and its affiliates | AKIN GUMP STRAUSS HAUER & FELD LLP | Lisa G. Beckerman, Gary A. Ritacco | lbeckerman@akingump.com; gritacco@akingump.com |
| Counsel for Harris County, Lewis ISD, Northwest ISD, Roanoke and Tarrant County | Ansell Grimm & Aaron, P.C. | Joshua S. Bauchner | jb@ansellgrimm.com |
| Counsel for Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson | schristianson@buchalter.com |
| California Department of Tax and Fee Administration | California Department of Tax and Fee Administration | Victoria C. Geary, Legal Division - Litigation Bureau | victoria.geary@cdtfa.ca.gov |
| Interested Party | Chatham County Tax Commissioner | Attn: Theresa C. Harrelson | bknot@chathamcounty.org |
| Counsel to the DIP Agent | Choate, Hall & Stewart LLP | Kevin J. Simard, Jennifer Conway Fenn, Jonathan D. Marshall | ksimard@choate.com; jfenn@choate.com; jmarshall@choate.com |
| Counsel for The News Guild-CWA, on behalf of itself, Local 33229 and Local 39521, and CWA Local 3108 | Cohen, Weiss and Simon LLP | Hanan B. Kolko | hkolko@cwsny.com |
| Counsel for The News Guild-CWA, on behalf of itself, Local 33229 and Local 39521, and CWA Local 3108 | Cohen, Weiss and Simon LLP | Richard M. Seltzer | rseltzer@cwsny.com |
| Colorado Department of Revenue | Colorado Department of Law | Deanna Lee Westfall, Assistant Attorney General | deanna.westfall@coag.gov |
| Counsel for Office of Unemployment Compensation Tax Services | Commonwealth of Pennsylvania, Department of Labor and Industry | Deb Seacrest | ra-li-ucts-bankrupt@state.pa.us |
| Counsel for Endava, Inc. | Cooley LLP | Cullen D. Speckhart | cspeckhart@cooley.com |
| Counsel for Endava, Inc. | Cooley LLP | Paul J. Springer | pspringer@cooley.com |
| US Department of Justice | Department of Justice US Attorney General | Commercial Litigation Branch | askdoj@usdoj.gov |
| Counsel for JCK GUC Recovery Trust | Development Specialists, Inc. | William A. Brandt, Jr. | bbrandt@DSIconsulting.com |
| Counsel for Beth Desmond | Dorsey & Whitney LLP | Monica L. Clark, Will Martin | clark.monica@dorsey.com; martin.will@dorsey.com |
| Counsel for Beth Desmond | Dorsey & Whitney LLP | Samuel S. Kohn | kohn.sam@dorsey.com |
| Counsel for Stella B. Moores | E. Patrick Moores | | patrick@epmooresattorney.com |
| Counsel for Eastman Kodak Company | Eastman Kodak Company | Joseph D. Leverone, Senior Legal Counsel | Joseph.Leverone@Kodak.com |
| Counsel for the Bank of New York Mellon Trust Company, N.A. | Emmet, Marvin & Martin, LLP | Thomas A. Pitta, Edward P. Zujkowski, Elizabeth Taraila | tpitta@emmetmarvin.com; ezujkowski@emmetmarvin.com; etaraila@emmetmarvin.com |
| Environmental Protection Agency (Regional) | Environmental Protection Agency | Douglas Fischer | fischer.douglas@epa.gov |
| Creditor and Ordinary Course Professional | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| Counsel for Joanna Culley, as Guardian of the Estate of Dennis Leroy Williams, Disabled | Goldenberg Heller & Antognoli, P.C. | Joel A. Kunin | jkunin@ghalaw.com |
| Counsel for Brightcove Inc. | Goodwin Procter LLP | William P. Weintraub, Stacy A. Dasaro | wweintraub@goodwinlaw.com; sdasaro@goodwinlaw.com |
| Counsel for Infosys Limited and Official Committee of Unsecured Creditors (Wipro Limited) | Kelley Drye & Warren LLP | Kristin S. Elliott, James S. Carr | kelliott@kelleydrye.com; jcarr@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com |
| Counsel for Ken Burton, Jr., Manatee County Tax Collector | Ken Burton, Jr., Manatee County Tax Collector | Jennifer Francis, Legal Support and Collections Specialist, CFCA | legal@taxcollector.com |
| Counsel for Brigade Capital Management, LP | Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer, Douglas Mannal, Abbe L. Dienstag, David Braun | tmayer@kramerlevin.com; dmannal@kramerlevin.com; adienstag@kramerlevin.com; dbraun@kramerlevin.com |
| Counsel for Tarrant County | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Counsel for Macon-Bibb County Tax Commissioner | Lisenby & Associates, L.L.C. | Blake Edwin Lisenby, Esq. | blakelisenby@lisenbylaw.com |
| Counsel for The County of Denton, Texas | McCreary, Veselka, Bragg & Allen, P.C., | Tara LeDay | tleday@mvbalaw.com |
| Counsel for Joanna Culley, as Guardian of the Estate of Dennis Leroy Williams, Disabled | McLaughlin & Stern, LLP | Chester R. Ostrowski | costrowski@mclaughlinstern.com |
| Missouri Department of Revenue | Missouri Department of Revenue, Bankruptcy Unit | Steven A. Ginther | sdnyecf@dor.mo.gov |
| Counsel to the Prepetition Agent and Wells Fargo | Morgan, Lewis & Bockius LLP | Christopher L. Carter | christopher.carter@morganlewis.com |
| Counsel to the Prepetition Agent and Wells Fargo | Morgan, Lewis & Bockius LLP | E. Marcus Marsh, Jennifer Feldsher, Glenn E. Siegel, David K. Shim | marcus.marsh@morganlewis.com; jennifer.feldsher@morganlewis.com; glenn.siegel@morganlewis.com; david.shim@morganlewis.com |
| US Trustee | Office of the United States Trustee | Attn Benjamin J. Higgins, Brian S. Masumoto | Benjamin.J.Higgins@usdoj.gov; Brian.Masumoto@usdoj.gov |
| Counsel to Chatham Asset Management, LLC | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Andrew N. Rosenberg, Elizabeth R. McColm, John T. Weber | arosenberg@paulweiss.com; emccolm@paulweiss.com; jweber@paulweiss.com |
| Pension Benefit Guaranty Corporation/Top 30 Creditor | Pension Benefit Guaranty Corporation | Adi Berger, Kartar Khalsa | berger.adi@pbgc.gov; Khalsa.Kartar@pbgc.gov |
| Counsel for Crowley ISD, Arlington ISD and City of Grapevine, Grapevine-Colleyville ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | c/o Eboney Cobb | ecobb@pbfcm.com |

In re The McClatchy Company, et al.
Case No. 20-10418 (MEW)

Page 1 of 2

**Exhibit A**
Master Service List/Fee Notice Parties
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for JCK GUC Recovery Trust | Pillsbury Winthrop Shaw Pittman LLP | Leo T. Crowley | leo.crowley@pillsburylaw.com |
| Counsel for Bank of Oklahoma, as Successor Trustee for the 6.875% Senior Secured Junior Lien Notes due 2031 and BOKF, N.A. | Reed Smith LLP | Eric A. Schaffer | eschaffer@reedsmith.com |
| Counsel for Blake Development Company | Sarna & Associates, PC | James A. Sarna, Esq. | james@sarnalaw.com |
| Counsel for Pension Benefit Guaranty Corp | Schafer and Weiner, PLLC | Joseph K. Grekin | jgrekin@schaferandweiner.com |
| Counsel for Ford Motor Company LLC | Schiller, Knapp,Lefkowitz & Hertzel, LLP | Martin A. Mooney | MMooney@schillerknapp.com |
| Securities and Exchange Commission Headquarters | Securities and Exchange Commission | Attn General Counsel | SECBankruptcy-OGC-ADO@SEC.GOV |
| Securities and Exchange Commission New York Regional Office | Securities and Exchange Commission NY Regional Office | Andrew Calamari Regional Director | bankruptcynoticeschr@sec.gov |
| Counse for Wilmington Savings Fund Society, FSB as Successor Indenture Trustee for the 2027 Debentures and the 2029 Debentures | Seward & Kissel LLP | John R. Ashmead, Catherine V. LoTempio, Julie J. Hong | ashmead@sewkis.com; lotempio@sewkis.com; hong@sewkis.com |
| Counsel for Albany Road-Corporate Drive LLC | Singer & Levick, P.C. | Michelle E. Shriro | mshriro@singerlevick.com |
| Counsel for the Debtors | Skadden, Arps, Slate, Meagher & Flom LLP | Jennifer Madden | Jennifer.Madden@skadden.com |
| Counsel for the Debtors | Skadden, Arps, Slate, Meagher & Flom LLP | Shana A. Elberg, Bram A. Strochlic | Bram.Strochlic@skadden.com; shana.elberg@skadden.com; Andrea.Bates@skadden.com |
| Counsel for the Debtors | Skadden, Arps, Slate, Meagher & Flom LLP | Van C. Durrer, II, Destiny N. Almogue | Van.Durrer@skadden.com; Destiny.Almogue@skadden.com |
| Counsel for SCF-2100 Q Street Owner, LLC, et al | Sklar Kirsh, LLP | Ian S. Landsberg, Esq. | ilandsberg@sklarkirsh.com |
| Counsel for the Official Committee of Unsecured Creditors | Stroock & Stroock & Lavan Llp | Kristopher M. Hansen, Frank A. Merola, Erez E. Gilad, Samantha L. Martin, Gabriel E. Sasson, Daniel Fliman | khansen@stroock.com; fmerola@stroock.com; egilad@stroock.com; smartin@stroock.com; gsasson@stroock.com; mcclatchyssl@stroock.com; dfliman@stroock.com |
| Counsel for Gannett Supply Corporation and Gannett Publishing Services LLC | Taft Stettinius & Hollister LLP | Lynn Rowe Larsen | llarsen@taftlaw.com |
| Counsel for P. Anthony Ridder, George Riggs the Official Committee of Unsecured Creditors, and the Former Knight Ridder and McClathcy Salaried Employees Association | The Wagner Law Group | Israel Goldowitz | igoldowitz@wagnerlawgroup.com |
| Counsel for P. Anthony Ridder, George Riggs, and the Former Knight Ridder and McClathcy Salaried Employees Association | The Wagner Law Group | Jordan D. Mamorsky | jmamorsky@wagnerlawgroup.com |
| Counsel for TN Dept of Revenue | TN Dept of Revenue | c/oTN Attorney General's Office, Bankruptcy Division | AGBankNewYork@ag.tn.gov |
| Counsel for the Debtors | Togut Segal & Segal LLP | Albert Togut, Kyle J. Ortiz, Amy Oden | aoden@teamtogut.com; kortiz@teamtogut.com; altogut@TeamTogut.com |
| Counsel for Berry Avenue, Inc. | Trainor Fairbrook | Jennifer L. Pruski | jpruski@trainorfairbrook.com |
| Counsel for BLDG Services, LLC | Wagner Jones Helsley, PC | Michael L. Wilhelm | mwilhelm@wjhattorneys.com |
| Interested Party | Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions c/o A Ricoh USA Progrma f/d/b/a IKON Financial Services | Bankruptcy Administration | christine.etheridge@leasingconnection.com |
| Official Committee of Unsecured Creditors | Wilmington Savings Fund Society, FSB | Patrick J. Healy, Senior Vice President | phealy@wsfsbank.com |
| Counsel for John S. and James L. Knight Foundation | Zirinsky Law Partners PLLC | Bruce R. Zirinsky, Gary D. Ticoll | bzirinsky@zirinskylaw.com; gticoll@zirinskylaw.com |

# EXHIBIT B

**Exhibit B**
Master Service List - UST Copy
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| US Trustee | Office of the United States Trustee | Attn Benjamin J. Higgins, Brian S. Masumoto | US Federal Office Building | 201 Varick Street Suite 1006 | New York | NY | 10014 |

In re JCK Legacy Company, et al.
Case No. 20-10418 (MEW)

Page 1 of 1

# EXHIBIT C

**Exhibit C**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Alden Global Capital, LLC and its affiliates | AKIN GUMP STRAUSS HAUER & FELD LLP | Lisa G. Beckerman, Gary A. Ritacco | lbeckerman@akingump.com; gritacco@akingump.com |
| Counsel for Harris County, Lewis ISD, Northwest ISD, Roanoke and Tarrant County | Ansell Grimm & Aaron, P.C. | Joshua S. Bauchner | jb@ansellgrimm.com |
| Counsel for Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson | schristianson@buchalter.com |
| California Department of Tax and Fee Administration | California Department of Tax and Fee Administration | Victoria C. Geary, Legal Division - Litigation Bureau | victoria.geary@cdtfa.ca.gov |
| Interested Party | Chatham County Tax Commissioner | Attn: Theresa C. Harrelson | bknot@chathamcounty.org |
| Counsel to the DIP Agent | Choate, Hall & Stewart LLP | Kevin J. Simard, Jennifer Conway Fenn, Jonathan D. Marshall | ksimard@choate.com; jfenn@choate.com; jmarshall@choate.com |
| Counsel for The News Guild-CWA, on behalf of itself, Local 33229 and Local 39521, and CWA Local 3108 | Cohen, Weiss and Simon LLP | Hanan B. Kolko | hkolko@cwsny.com |
| Counsel for The News Guild-CWA, on behalf of itself, Local 33229 and Local 39521, and CWA Local 3108 | Cohen, Weiss and Simon LLP | Richard M. Seltzer | rseltzer@cwsny.com |
| Colorado Department of Revenue | Colorado Department of Law | Deanna Lee Westfall, Assistant Attorney General | deanna.westfall@coag.gov |
| Counsel for Office of Unemployment Compensation Tax Services | Commonwealth of Pennsylvania, Department of Labor and Industry | Deb Seacrest | ra-li-ucts-bankrupt@state.pa.us |
| Counsel for Endava, Inc. | Cooley LLP | Cullen D. Speckhart | cspeckhart@cooley.com |
| Counsel for Endava, Inc. | Cooley LLP | Paul J. Springer | pspringer@cooley.com |
| US Department of Justice | Department of Justice US Attorney General | Commercial Litigation Branch | askdoj@usdoj.gov |
| Counsel for JCK GUC Recovery Trust | Development Specialists, Inc. | William A. Brandt, Jr. | bbrandt@DSIconsulting.com |
| Counsel for Beth Desmond | Dorsey & Whitney LLP | Monica L. Clark, Will Martin | clark.monica@dorsey.com; martin.will@dorsey.com |
| Counsel for Beth Desmond | Dorsey & Whitney LLP | Samuel S. Kohn | kohn.sam@dorsey.com |
| Counsel for Stella B. Moores | E. Patrick Moores | | patrick@epmooresattorney.com |
| Counsel for Eastman Kodak Company | Eastman Kodak Company | Joseph D. Leverone, Senior Legal Counsel | Joseph.Leverone@Kodak.com |
| Counsel for the Bank of New York Mellon Trust Company, N.A. | Emmet, Marvin & Martin, LLP | Thomas A. Pitta, Edward P. Zujkowski, Elizabeth Taraila | tpitta@emmetmarvin.com; ezujkowski@emmetmarvin.com; etaraila@emmetmarvin.com |
| Environmental Protection Agency (Regional) | Environmental Protection Agency | Douglas Fischer | fischer.douglas@epa.gov |
| Creditor and Ordinary Course Professional | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| Counsel for Joanna Culley, as Guardian of the Estate of Dennis Leroy Williams, Disabled | Goldenberg Heller & Antognoli, P.C. | Joel A. Kunin | jkunin@ghalaw.com |
| Counsel for Brightcove Inc. | Goodwin Procter LLP | William P. Weintraub, Stacy A. Dasaro | wweintraub@goodwinlaw.com; sdasaro@goodwinlaw.com |
| Counsel for Infosys Limited and Official Committee of Unsecured Creditors (Wipro Limited) | Kelley Drye & Warren LLP | Kristin S. Elliott, James S. Carr | kelliott@kelleydrye.com; jcarr@kelleydrye.com; kdwbankruptcydepartment@kelleydrye |
| Counsel for Ken Burton, Jr., Manatee County Tax Collector | Ken Burton, Jr., Manatee County Tax Collector | Jennifer Francis, Legal Support and Collections Specialist, CFCA | legal@taxcollector.com |
| Counsel for Brigade Capital Management, LP | Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer, Douglas Mannal, Abbe L. Dienstag, David Braun | tmayer@kramerlevin.com; dmannal@kramerlevin.com; adienstag@kramerlevin.com; dbraun@kramerlevin.com |
| Counsel for Tarrant County | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Counsel for Macon-Bibb County Tax Commissioner | Lisenby & Associates, L.L.C. | Blake Edwin Lisenby, Esq. | blakelisenby@lisenbylaw.com |
| Counsel for The County of Denton, Texas | McCreary, Veselka, Bragg & Allen, P.C., | Tara LeDay | tleday@mvbalaw.com |
| Counsel for Joanna Culley, as Guardian of the Estate of Dennis Leroy Williams, Disabled | McLaughlin & Stern, LLP | Chester R. Ostrowski | costrowski@mclaughlinstern.com |
| Missouri Department of Revenue | Missouri Department of Revenue, Bankruptcy Unit | Steven A. Ginther | sdnyecf@dor.mo.gov |
| Counsel to the Prepetition Agent and Wells Fargo | Morgan, Lewis & Bockius LLP | Christopher L. Carter | christopher.carter@morganlewis.com |
| Counsel to the Prepetition Agent and Wells Fargo | Morgan, Lewis & Bockius LLP | E. Marcus Marsh, Jennifer Feldsher, Glenn E. Siegel, David K. Shim | marcus.marsh@morganlewis.com; jennifer.feldsher@morganlewis.com; glenn.siegel@morganlewis.com; david.shim@morganlewis.com |
| US Trustee | Office of the United States Trustee | Attn Benjamin J. Higgins, Brian S. Masumoto | Benjamin.J.Higgins@usdoj.gov; Brian.Masumoto@usdoj.gov |
| Counsel to Chatham Asset Management, LLC | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Andrew N. Rosenberg, Elizabeth R. McColm, John T. Weber | arosenberg@paulweiss.com; emccolm@paulweiss.com; jweber@paulweiss.com |
| Pension Benefit Guaranty Corporation/Top 30 Creditor | Pension Benefit Guaranty Corporation | Adi Berger, Kartar Khalsa | berger.adi@pbgc.gov; Khalsa.Kartar@pbgc.gov |
| Counsel for Crowley ISD, Arlington ISD and City of Grapevine, Grapevine-Colleyville ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | c/o Eboney Cobb | ecobb@pbfcm.com |
| Counsel for JCK GUC Recovery Trust | Pillsbury Winthrop Shaw Pittman LLP | Leo T. Crowley | leo.crowley@pillsburylaw.com |

In re The McClatchy Company, et al.
Case No. 20-10418 (MEW)

Page 1 of 2

**Exhibit C**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Bank of Oklahoma, as Successor Trustee for the 6.875% Senior Secured Junior Lien Notes due 2031 and BOKF, N.A. | Reed Smith LLP | Eric A. Schaffer | eschaffer@reedsmith.com |
| Counsel for Blake Development Company | Sarna & Associates, PC | James A. Sarna, Esq. | james@sarnalaw.com |
| Counsel for Pension Benefit Guaranty Corp | Schafer and Weiner, PLLC | Joseph K. Grekin | jgrekin@schaferandweiner.com |
| Counsel for Ford Motor Company LLC | Schiller, Knapp,Lefkowitz & Hertzel, LLP | Martin A. Mooney | MMooney@schillerknapp.com |
| Securities and Exchange Commission Headquarters | Securities and Exchange Commission | Attn General Counsel | SECBankruptcy-OGC-ADO@SEC.GOV |
| Securities and Exchange Commission New York Regional Office | Securities and Exchange Commission NY Regional Office | Andrew Calamari Regional Director | bankruptcynoticeschr@sec.gov |
| Counse for Wilmington Savings Fund Society, FSB as Successor Indenture Trustee for the 2027 Debentures and the 2029 Debentures | Seward & Kissel LLP | John R. Ashmead, Catherine V. LoTempio, Julie J. Hong | ashmead@sewkis.com; lotempio@sewkis.com; hong@sewkis.com |
| Counsel for Albany Road-Corporate Drive LLC | Singer & Levick, P.C. | Michelle E. Shriro | mshriro@singerlevick.com |
| Counsel for the Debtors | Skadden, Arps, Slate, Meagher & Flom LLP | Jennifer Madden | Jennifer.Madden@skadden.com |
| Counsel for the Debtors | Skadden, Arps, Slate, Meagher & Flom LLP | Shana A. Elberg, Bram A. Strochlic | Bram.Strochlic@skadden.com; shana.elberg@skadden.com; Andrea.Bates@skadden.com |
| Counsel for the Debtors | Skadden, Arps, Slate, Meagher & Flom LLP | Van C. Durrer, II, Destiny N. Almogue | Van.Durrer@skadden.com; Destiny.Almogue@skadden.com |
| Counsel for SCF-2100 Q Street Owner, LLC, et al | Sklar Kirsh, LLP | Ian S. Landsberg, Esq. | ilandsberg@sklarkirsh.com |
| Counsel for the Official Committee of Unsecured Creditors | Stroock & Stroock & Lavan Llp | Kristopher M. Hansen, Frank A. Merola, Erez E. Gilad, Samantha L. Martin, Gabriel E. Sasson | khansen@stroock.com; fmerola@stroock.com; egilad@stroock.com; smartin@stroock.com; gsasson@stroock.com; mcclatchyssl@stroock.com |
| Counsel for Gannett Supply Corporation and Gannett Publishing Services LLC | Taft Stettinius & Hollister LLP | Lynn Rowe Larsen | llarsen@taftlaw.com |
| Counsel for P. Anthony Ridder, George Riggs the Official Committee of Unsecured Creditors, and the Former Knight Ridder and McClathcy Salaried Employees Association | The Wagner Law Group | Israel Goldowitz | igoldowitz@wagnerlawgroup.com |
| Counsel for P. Anthony Ridder, George Riggs, and the Former Knight Ridder and McClathcy Salaried Employees Association | The Wagner Law Group | Jordan D. Mamorsky | jmamorsky@wagnerlawgroup.com |
| Counsel for TN Dept of Revenue | TN Dept of Revenue | c/oTN Attorney General's Office, Bankruptcy Division | AGBankNewYork@ag.tn.gov |
| Counsel for the Debtors | Togut Segal & Segal LLP | Albert Togut, Kyle J. Ortiz, Amy Oden | aoden@teamtogut.com; kortiz@teamtogut.com; altogut@TeamTogut.com |
| Counsel for Berry Avenue, Inc. | Trainor Fairbrook | Jennifer L. Pruski | jpruski@trainorfairbrook.com |
| Counsel for BLDG Services, LLC | Wagner Jones Helsley, PC | Michael L. Wilhelm | mwilhelm@wjhattorneys.com |
| Interested Party | Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions c/o A Ricoh USA Progrma f/d/b/a IKON Financial Services | Bankruptcy Administration | christine.etheridge@leasingconnection.com |
| Official Committee of Unsecured Creditors | Wilmington Savings Fund Society, FSB | Patrick J. Healy, Senior Vice President | phealy@wsfsbank.com |
| Counsel for John S. and James L. Knight Foundation | Zirinsky Law Partners PLLC | Bruce R. Zirinsky, Gary D. Ticoll | bzirinsky@zirinskylaw.com; gticoll@zirinskylaw.com |

# EXHIBIT D

**Exhibit D**
Affected Parties (Duplicate Claims)
Served via Electronic Mail

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| 132 ROCK HILL MRP LLC | C O WHITESTAR ADVISORS LLC | cbishop@whitestarllc.com; jbishop@whitestarllc.com |
| Eric Bowers | Attn Richard Voytas | rick@rossvoytas.com; bruns@rossvoytas.com |
| Simplifi Holdings, Inc. | Andries Marx | andries@simpli.fi |
| Simplifi Holdings, Inc. | SPENCER FANE, LLP | ericvanhorn@spencerfane.com |
| Veritiv Operating Company | Marianne Nichols | marianne.nichols@veritivcorp.com |

# EXHIBIT E

**Exhibit E**
Affected Parties (Duplicate Claims)
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 132 ROCK HILL MRP LLC | C O WHITESTAR ADVISORS LLC | 902 CLINT MOORE ROAD SUITE 104 | | | BOCA RATON | FL | 33487 |
| Eric Bowers | Attn Richard Voytas | Ross & Voytas, LLC | 12444 Powerscourt Dr, Suite 370 | | St. Louis | MO | 63131 |
| Simplifi Holdings, Inc. | Andries Marx | 128 East Exchange Ave, Suite 700 | | | Fort Worth | TX | 76164 |
| Simplifi Holdings, Inc. | SPENCER FANE, LLP | ERIC VAN HORN | 2200 ROSS AVE | SUITE 4800 WEST | DALLAS | TX | 75201 |
| Veritiv Operating Company | Marianne Nichols | 6120 S Gilmore Road | | | Fairfield | OH | 45014 |

In re JCK Legacy Company, et al.
Case No. 20-10418 (MEW)

Page 1 of 1