## **Exhibit C**

Proof of Claim No. 2666

**Fill in this information to identify the case:**

Debtor ___The McClatchy Company___

United States Bankruptcy Court for the: ___Southern___    District of ___New York___
                                                                                        (State)

Case number ___20-10418___

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies or any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| **Part 1:** | **Identify the Claim** |
| --- | --- |

| 1. | **Who is the current creditor?** | Pension Benefit Guaranty Corporation |
| --- | --- | --- |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor _____ |

| 2. | **Has this claim been acquired from someone else?** | ☑ No |
| --- | --- | --- |
| | | ☐ Yes.  From whom? _____ |

| 3. | **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Pension Benefit Guaranty Corporation<br>1200 K Street, N.W.<br>Suite 340<br>Washington, DC 20005<br><br>Contact phone ___202-229-6607___<br>Contact email ___manbeck.emily@pbgc.gov___<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br><br>__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ | **Where should payments to the creditor be sent?** (if different)<br><br><br><br>Contact phone _____<br>Contact email _____ |
| --- | --- | --- | --- |

| 4. | **Does this claim amend one already filed?** | ☐ No |
| --- | --- | --- |
| | | ☑ Yes.  Claim number on court claims registry (if known) ___1876___    Filed on ___07/08/2020___<br>MM / DD / YYYY |

| 5. | **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No |
| --- | --- | --- |
| | | ☐ Yes. Who made the earlier filing? _____ |

Official Form 410                                   **Proof of Claim**

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |

---

**6. Do you have any number you use to identify the debtor?**

☒ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

---

**7. How much is the claim?**    $ 126,001,676.00 **. Does this amount include interest or other charges?**

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Please see attached Statement in Support.

---

**9. Is all or part of the claim secured?**

☒ No

☐ Yes.  The claim is secured by a lien on property.

**Nature or property:**

☐ Real estate: If the claim is secured by the debtor's principle residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**    $_____

**Amount of the claim that is secured:**    $_____

**Amount of the claim that is unsecured:**    $_____ (The sum of the secured and unsecured amount should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

---

**10. Is this claim based on a lease?**

☒ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

---

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property: _____

---

2010418201022000000000001

| | |
|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No |

☐ Yes. *Check all that apply:*

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  $_____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  $_____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.  $_____

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

| | |
|---|---|
| **13. Is all or part of the claim pursuant to 11 U.S.C. § 503(b)(9)?** | ☑ No |

☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.

$_____

---

| **Part 3:** | **Sign Below** |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgement that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   10/22/2020
                   MM / DD / YYYY

/s/Erika E. Barnes
Signature

Print the name of the person who is completing and signing this claim:

Name        Erika E. Barnes
            First name          Middle name          Last name

Title       Assistant General Counsel

Company     Pension Benefit Guaranty Corporation
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address

Contact phone   _____        Email   _____

---

2010418201022000000000001

## KCC ePOC Electronic Claim Filing Summary

For phone assistance: Domestic (866) 810-6898 | International (424) 236-7215

| | |
|---|---|
| **Debtor:**<br>20-10418 - The McClatchy Company | |
| **District:**<br>Southern District of New York, New York Division | |
| **Creditor:**<br>Pension Benefit Guaranty Corporation<br><br>1200 K Street, N.W.<br>Suite 340<br><br>Washington, DC, 20005<br>**Phone:**<br>202-229-6607<br>**Phone 2:**<br><br>**Fax:**<br>202-326-4138<br>**Email:**<br>manbeck.emily@pbgc.gov | **Has Supporting Documentation:**<br>Yes, supporting documentation successfully uploaded<br>**Related Document Statement:**<br><br>**Has Related Claim:**<br>No<br>**Related Claim Filed By:**<br><br>**Filing Party:**<br>Authorized agent |
| **Other Names Used with Debtor:** | **Amends Claim:**<br>Yes - 1876, 07/08/2020<br>**Acquired Claim:**<br>No |
| **Basis of Claim:**<br>Please see attached Statement in Support. | **Last 4 Digits:**    **Uniform Claim Identifier:**<br>No |
| **Total Amount of Claim:**<br>126,001,676.00 | **Includes Interest or Charges:**<br>No |
| **Has Priority Claim:**<br>No | **Priority Under:** |
| **Has Secured Claim:**<br>No<br>**Amount of 503(b)(9):**<br>No<br>**Based on Lease:**<br>No<br>**Subject to Right of Setoff:**<br>No | **Nature of Secured Amount:**<br>**Value of Property:**<br>**Annual Interest Rate:**<br>**Arrearage Amount:**<br>**Basis for Perfection:**<br>**Amount Unsecured:** |
| **Submitted By:**<br>Erika E. Barnes on 22-Oct-2020 2:01:16 p.m. Eastern Time<br>**Title:**<br>Assistant General Counsel<br>**Company:**<br>Pension Benefit Guaranty Corporation | |

Your claim can be filed electronically on KCC's website at https://epoc.kccllc.net/mcclatchy.

| United States Bankruptcy Court for the Southern District of New York |
|---|

Indicate Debtor against which you assert a claim by checking the appropriate box below. (**Check only one Debtor per claim form.**)

| | | |
|---|---|---|
| ☑ The McClatchy Company (Case No. 20-10418) | ☐ Macon Telegraph Publishing Company (Case No. 20-10436) | ☐ Oak Street Redevelopment Corporation (Case No. 20-10888) |
| ☐ Aboard Publishing, Inc. (Case No. 20-10419) | ☐ Mail Advertising Corporation (Case No. 20-10437) | ☐ Olympian Publishing, LLC (Case No. 20-10455) |
| ☐ Bellingham Herald Publishing, LLC (Case No. 20-10420) | ☐ McClatchy Big Valley, Inc. (Case No. 20-10438) | ☐ Olympic-Cascade Publishing, Inc. (Case No. 20-10456) |
| ☐ Belton Publishing Company, Inc. (Case No. 20-10421) | ☐ McClatchy Interactive LLC (Case No. 20-10439) | ☐ Pacific Northwest Publishing Company, Inc. (Case No. 20-10457) |
| ☐ Biscayne Bay Publishing, Inc. (Case No. 20-10422) | ☐ McClatchy Interactive West (Case No. 20-10440) | ☐ Quad County Publishing, Inc. (Case No. 20-10458) |
| ☐ Cass County Publishing Company (Case No. 20-10423) | ☐ McClatchy International Inc. (Case No. 20-10441) | ☐ San Luis Obispo Tribune, LLC (Case No. 20-10459) |
| ☐ Columbus-Ledger Enquirer, Inc. (Case No. 20-10424) | ☐ McClatchy Investment Company (Case No. 20-10442) | ☐ Star-Telegram, Inc. (Case No. 20-10460) |
| ☐ Cypress Media, Inc. (Case No. 20-10417) | ☐ McClatchy Management Services, Inc. (Case No. 20-10443) | ☐ Tacoma News, Inc. (Case No. 20-10461) |
| ☐ Cypress Media, LLC (Case No. 20-10425) | ☐ McClatchy News Services, Inc. (Case No. 20-10444) | ☐ The Bradenton Herald, Inc. (Case No. 20-10462) |
| ☐ East Coast Newspapers, Inc. (Case No. 20-10426) | ☐ McClatchy Newspapers, Inc. (Case No. 20-10444) | ☐ The Charlotte Observer Publishing Company (Case No. 20-10463) |
| ☐ El Dorado Newspapers (Case No. 20-10427) | ☐ McClatchy Property, Inc. (Case No. 20-10446) | ☐ The News & Observer Publishing Co. (Case No. 20-10464) |
| ☐ Gulf Publishing Company, Inc. (Case No. 20-10428) | ☐ McClatchy Resources, Inc. (Case No. 20-10447) | ☐ The State Media Company (Case No. 20-10465) |
| ☐ Herald Custom Publishing of Mexico, S. de R.L. de C.V. (Case No. 20-10429) | ☐ McClatchy Shared Services, Inc. (Case No. 20-10448) | ☐ The Sun Publishing Company, Inc. (Case No. 20-10466) |
| ☐ HLB Newspapers, Inc. (Case No. 20-10430) | ☐ McClatchy U.S.A., Inc. (Case No. 20-10449) | ☐ Tribune Newsprint Company (Case No. 20-10467) |
| ☐ Idaho Statesman Publishing, LLC (Case No. 20-10431) | ☐ Miami Herald Media Company (Case No. 20-10450) | ☐ Tru Measure, LLC (Case No. 20-10468) |
| ☐ Keltatim Publishing Company, Inc. (Case No. 20-10432) | ☐ N & O Holdings, Inc. (Case No. 20-10451) | ☐ Wichita Eagle and Beacon Publishing Company, Inc. (Case No. 20-10469) |
| ☐ Keynoter Publishing Company, Inc. (Case No. 20-10433) | ☐ Newsprint Ventures, Inc. (Case No. 20-10452) | ☐ Wingate Paper Company (Case No. 20-10470) |
| ☐ Lee's Summit Journal, Incorporated (Case No. 20-10434) | ☐ Nittany Printing and Publishing Company (Case No. 20-10453) | |
| ☐ Lexington H-L Services, Inc. (Case No. 20-10435) | ☐ Nor-Tex Publishing, Inc. (Case No. 20-10454) | |

## Official Form 410
# Proof of Claim
**04/19**

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Other than a claim under 11 U.S.C. § 503(b)(9), this form should not be used to make a claim for an administrative expense arising after the commencement of the case.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.**

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Pension Benefit Guaranty Corporation

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No

☐ Yes.    From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Emily E. Manbeck

Name

1200 K Street, N.W.

Number        Street

Washington                DC                20005

City                State                ZIP Code

U.S.A.

Country

Contact phone  (202) 229-6607

Contact email  manbeck.emily@pbgc.gov

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____

Where should payments to the creditor be sent? (if different)

Name

Number        Street

City                State                ZIP Code

Country

Contact phone _____

Contact email _____

**4. Does this claim amend one already filed?**

☐ No

☑ Yes.    Claim number on court claims registry (if known)  1876        Filed on  07/08/2020
                                                                                        MM  /  DD  /  YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No

☐ Yes. Who made the earlier filing? _____

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| 6. | Do you have any number you use to identify the debtor? | ☑ No |
|---|---|---|
| | | ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |

---

| 7. | How much is the claim? | $ _126,001,676.00_____. **Does this amount include interest or other charges?** |
|---|---|---|
| | | ☑ No |
| | | ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

---

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

See summary page.

---

9. **Is all or part of the claim secured?**

☑ No

☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate: If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                           $_____

**Amount of the claim that is secured:**          $_____

**Amount of the claim that is unsecured:**        $_____ (The sum of the secured and unsecured amount should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**     $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

---

| 10. | Is this claim based on a lease? | ☑ No |
|---|---|---|
| | | ☐ Yes. **Amount necessary to cure any default as of the date of the petition.**     $_____ |

---

| 11. | Is this claim subject to a right of setoff? | ☑ No |
|---|---|---|
| | | ☐ Yes**.** Identify the property: _____ |

---

| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No |
|---|---|---|

☐ Yes. *Check all that apply:*                                    **Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).                    $_____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).      $_____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).                    $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).      $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).        $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.        $_____

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

| 13. | **Is all or part of the claim pursuant to 11 U.S.C. § 503(b)(9)?** | ☑ No |
|---|---|---|

☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.

$_____

---

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgement that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    __10/22/2020__
                        MM  /  DD  /  YYYY

Signature    ___/s/ Erika E. Barnes_____

**Print the name of the person who is completing and signing this claim:**

| Name | Erika | E. | Barnes |
|---|---|---|---|
| | First name | Middle name | Last name |

| Title | Assistant General Counsel |
|---|---|

| Company | Pension Benefit Guaranty Corporation |
|---|---|
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |

| Address | 1200 K Street, N.W. | | | |
|---|---|---|---|---|
| | Number        Street | | | |
| | Washington | DC | 20005 | U.S.A. |
| | City | State | ZIP Code | Country |

| Contact phone | (202) 229-3460 | Email | barnes.erika@pbgc.gov |
|---|---|---|---|

---

Official Form 410                    **Proof of Claim**                    page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JCK Legacy Company, et al., | ) | Case No. 20-10418 |
| | ) | |
| Debtor. | ) | |

**STATEMENT OF THE PENSION BENEFIT GUARANTY CORPORATION
IN SUPPORT OF ITS AMENDED CLAIM FOR MINIMUM FUNDING
<u>CONTRIBUTIONS DUE TO THE PENSION PLAN</u>**

The Pension Benefit Guaranty Corporation ("PBGC"), on behalf of The McClatchy

Company Retirement Plan (the "Pension Plan"), hereby submits its Statement in Support of its

amended claim for minimum funding contributions that are due to the Pension Plan, against The

McClatchy Company ("Debtor") and each of the other Debtors, stating:

1.     PBGC is a wholly-owned United States government corporation, and an agency of

the United States, that administers the defined benefit pension plan termination insurance program

under Title IV of the Employee Retirement Income Security Act of 1974, *as amended*, 29 U.S.C.

§§ 1301-1461 (2018) ("ERISA").  PBGC guarantees the payment of certain pension benefits upon

the termination of a single-employer pension plan covered by Title IV of ERISA.  When an

underfunded plan terminates, PBGC generally becomes trustee of the plan and, subject to certain

statutory limitations, pays the plan's unfunded benefits with its insurance funds.  *See* 29 U.S.C.

§§ 1321-1322, 1342, 1361.

2.     The Pension Plan is a single-employer defined benefit pension plan covered by

Title IV of ERISA.  *See* 29 U.S.C. § 1321.

3.     On February 13, 2020, each of the Debtors filed a voluntary petition under Chapter

11 of the Bankruptcy Code.  By Order of this Court, Debtors' cases are consolidated for

procedural purposes only, and are being jointly administered under case number 20-10418.

4.    On September 4, 2020, PBGC became the statutory trustee of the Pension Plan,

through an Agreement for Appointment of Trustee and Termination of Plan between the Debtor

and PBGC.  The date of termination for the Pension Plan is August 31, 2020.

5.    On August 31, 2020, each of the Debtors was a contributing sponsor of the Pension

Plan, 29 U.S.C. § 1301(a)(13), or a member of a contributing sponsor's controlled group,

29 U.S.C. § 1301(a)(14).

6.    The contributing sponsor of the Pension Plan and each member of its controlled

group are jointly and severally liable to the Pension Plan for contributions necessary to satisfy the

minimum funding standards under sections 412 and 430 of the Internal Revenue Code ("IRC")

and sections 302 and 303 of ERISA.  IRC § 412(c)(11) (2007) (effective for pension plan years

beginning on or before Dec. 31, 2007); *see also* 29 U.S.C.A. § 1082(c)(11) (2007) (same); and

IRC § 412(b)(1) & (2) (2009) (effective for pension plan years beginning after Dec. 31, 2007); *see*

*also* 29 U.S.C.A. § 1082(b)(1) & (2) (2009) (same).[1]  As the Pension Plan has terminated, this

liability is owed to PBGC as the trustee appointed under 29 U.S.C. § 1342.  *See* 29 U.S.C.

§ 1342(d)(1)(B)(ii) (a trustee appointed under § 1342(b) has the power "to collect for the plan any

amounts due the plan, including but not limited to the power to collect from the persons obligated

to meet the requirements of section 1082 of this title or the terms of the plan") and 29 U.S.C.

§ 1362(c).  Also, the Debtor may be contractually obligated to contribute to the Pension Plan.

7.    On July 8, 2020, PBGC filed a proof of its claim against each of the Debtors for the

Minimum Funding Contributions due to the Pension Plan, in the estimated amount of

---

[1]  References to the IRC, or to 29 U.S.C.A. §§ 1082 and 1083, with a date of 2007 refer
to the pre-PPA 2006 provisions in effect for pension plan years beginning *on or before*
December 31, 2007.  References with a date of 2009 refer to the PPA 2006 provisions in effect
for pension plan years beginning *after* December 31, 2007.

2

$80,428,564.  PBGC understands that this claim was registered as Claim Number 1876.  PBGC

has since revised the estimated amount of this claim to  $126,001,676.

8.      This claim is asserted as a general unsecured claim.

9.      Documents supporting this claim include the Pension Plan document with

applicable amendments; relevant collateral agreements, if any; United States Internal Revenue

Service Form 5500s; and annual actuarial valuation reports for the Pension Plan.  On information

and belief, Debtors or members of their controlled group have in their possession and control

copies or originals of these documents.

10.     PBGC is not aware of any other claim for these contributions having been filed by

any person with responsibility for administering the affairs of the Pension Plan.

11.     PBGC's investigation of this matter is continuing.  The agency reserves the right to

amend, modify and supplement this proof of claim and/or to file additional proofs of claim.  The

filing of this proof of claim is not intended to be and shall not be construed as (1) an election of

remedy or (2) a waiver or limitation of any rights of PBGC, the Pension Plan or any of its

beneficiaries or participants.

12.     Under the Order Establishing Bar Dates for Filing Proofs of Claim and Approving

Form and Manner of Notice Thereof signed by this Court on May 21, 2020 (Dkt. 485), this single

proof of claim shall be deemed to constitute the filing of a proof of claim against each and every

Debtor, asserted as a joint and several liability, in this jointly administered proceeding.


Dated:  Washington, D.C.
        October 22, 2020

C. PAUL CHALMERS
Acting General Counsel

3

KARTAR S. KHALSA
Deputy General Counsel
ERIKA E. BARNES
Assistant General Counsel
ERIN C. KIM
KIMBERLY E. NEUREITER
EMILY E. MANBECK
Attorneys
Office of the General Counsel
PENSION BENEFIT GUARANTY CORPORATION
1200 K Street, N.W.
Washington, D.C.  20005-4026
(202) 229-6607
(202) 326-4138
manbeck.emily@pbgc.gov *and*
efile@pbgc.gov

             - and -

SCHAFER AND WEINER, PLLC
JOSEPH K. GREKIN (P52165)
70950 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304
(248) 540-3340
jgrekin@schaferandweiner.com

3